**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 81-0856103 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>ELEMENTS BEHAVIORAL<br>HEALTH, INC.,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 26-0227176 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>EBH HOLDING COMPANY, INC.,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 90-0770370 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>EBH BIG ROCK, INC.,<br><br>                Debtor.<br><br>Employer Tax I.D. No. 46-1801880 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>SOCAL REHAB AND RECOVERY, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 18-_____ (___) |

63294352.2

Employer Tax I.D. No. 38-3943741

| | |
|---|---|
| In re:<br><br>THE SEXUAL RECOVERY<br>INSTITUTE, INC.,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 95-4591279 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>WESTSIDE SOBER LIVING<br>CENTERS, INC.,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 95-4175717 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>EHRMAN SUBSIDIARY CORP.,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 26-4533958 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>PROMAL2, INC.,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 34-2011377 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>PROMAL4, INC., | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| Debtor. | |
| Employer Tax I.D. No. 01-0872453 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SBAR2, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 01-0819844 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISES RESIDENTIAL TREATMENT CENTER VI, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 27-3091112 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ASSURANCE TOXICOLOGY SERVICES, LLC, | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 80-0929612 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ELEMENTS SCREENING SERVICES, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 46-1170055 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TRS BEHAVIORAL CARE, INC., | |

|  |  |
|---|---|
| Debtor. | Case No. 18-_____ (___) |
| Employer Tax I.D. No. 76-0326343 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| SPIRIT LODGE, LLC, | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 26-1461375 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| SAN CRISTOBAL TREATMENT CENTER, LLC, | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 45-4251419 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| EBH ACQUISITION SUBSIDIARY, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 45-2576132 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| EBH SERVICES OF FLORIDA, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 46-0726802 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| OUTPATIENT SERVICES FL, INC., | |

63294352.2

|  |  |
|---|---|
| Debtor.<br><br>Employer Tax I.D. No. 32-0459596 | Case No. 18-_____ (____) |
| In re:<br><br>EBH NORTHEAST SERVICES, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 80-0933551 | Chapter 11<br><br>Case No. 18-_____ (____) |
| In re:<br><br>INTENSIVE OUTPATIENT SERVICES PA, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 61-1755581 | Chapter 11<br><br>Case No. 18-_____ (____) |
| In re:<br><br>WRIGHTSVILLE SERVICES, LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 37-1749535 | Chapter 11<br><br>Case No. 18-_____ (____) |
| In re:<br><br>NE SOBER LIVING, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 38-3951955 | Chapter 11<br><br>Case No. 18-_____ (____) |
| In re:<br><br>NORTHEAST BEHAVIORAL | Chapter 11 |

63294352.2

| | |
|---|---|
| SERVICES, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 35-2518881 | Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>THE RANCH ON THE PINEY RIVER, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 62-1750195 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>OUTPATIENT SERVICES TN, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 61-1755584 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>EBH SOUTHWEST SERVICES, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 90-0995202 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>ELEMENTS MEDICAL GROUP OF UTAH, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 32-0519820 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re: | Chapter 11 |

63294352.2

| | |
|---|---|
| SOUTHEAST BEHAVIORAL HEALTH SERVICES, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 36-4791267 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ELEMENTS MEDICAL GROUP OF MISSISSIPPI, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 30-0964545 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ELEMENTS MEDICAL GROUP OF ARIZONA, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 30-0968468 | |

## MOTION OF DEBTORS FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (the "**Debtors**") hereby move (the "**Motion**") for entry of an order, substantially in the form attached hereto as Exhibit A (the "**Order**"), pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"); Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), directing the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only. In support of the Motion, the Debtors rely upon the *Declaration of Martin McGahan, Chief*

- 7 -

*Restructuring Officer of EBH Topco, LLC, in Support of Chapter 11 Petitions and First Day Pleadings*, filed with the Court concurrently herewith (the "**First Day Declaration**"). In further support of the Motion, the Debtors, by and through their undersigned counsel, respectfully represent:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b). Under Local Rule 9013-1(f), the Debtors consent to entry of a final order under Article III of the United States Constitution. Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are Bankruptcy Code section 105(a), Bankruptcy Rule 1015(b), and Local Rule 1015-1.

**BACKGROUND**

3.      On the date hereof (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court commencing a case for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of the Chapter 11 Cases, is set forth in detail in the First Day Declaration and fully incorporated herein by reference.

4.      The Debtors continue to manage and operate their business as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108. No trustee or examiner has been requested in the Chapter 11 Cases and no committees have yet been appointed.

**RELIEF REQUESTED**

5.     By this Motion, the Debtors seek entry of an order directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only. Many of the motions, applications, hearings, and orders that will arise in these Chapter 11 Cases will affect most, if not all, of the Debtors jointly. For that reason, the Debtors respectfully submit that their interests, as well as the interests of their creditors and other parties in interest, would be best served by the joint administration of these Chapter 11 Cases for procedural purposes only.

6.     The Debtors further seek entry of an order directing the Clerk of the Court to maintain one file and one docket for all of these Chapter 11 Cases under the case of EBH Topco, LLC. In addition, the Debtors seek the Court's direction that separate docket entries be made on the dockets of each Chapter 11 Case (except that of EBH Topco, LLC) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of EBH Topco, LLC and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of EBH Topco, LLC, Case No. 18-_____ (____), should be consulted for all matters affecting this case."

The Debtors further request that the caption of these Chapter 11 Cases be modified as follows to reflect their joint administration:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EBH TOPCO, LLC, *et al.*,[1] | Case No. 18-_____ (___) |
|        Debtors. | (Jointly Administered) |

63294352.2

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The location of the Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

## BASIS FOR RELIEF

7.      Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates." Local Rule 1015-1 further provides for joint administration of chapter 11 cases when "the joint administration of two or more cases pending in [the] Court under title 11 is warranted and will ease the administrative burden for the Court and the parties." Each Debtor is a wholly-owned or majority-owned direct or indirect subsidiary of EBH Topco, LLC. The Debtors, therefore, are "affiliates" within the meaning of Bankruptcy Code section 101(2) and, accordingly, this Court has the authority to grant the requested relief pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

8.      Joint administration of these Chapter 11 Cases will ease the administrative burden on this Court and all parties in interest. Joint administration of these Chapter 11 Cases will not prejudice creditors or other parties in interest because joint administration is purely procedural and will not impact the parties' substantive rights.

9.      Courts in this district routinely order joint administration of related chapter 11 cases for procedural purposes. *In re ProNerve Holdings, LLC*, Case No. 15-10373 (KJC) (Bankr. D. Del. Feb. 26, 2015) [Docket No. 30]; *In re Entegra Power Grp. LLC*, Case No. 14-11859

63294352.2

(PJW) (Bankr. D. Del. Aug. 6, 2014) [Docket No. 36]; *In re Source Home Entm't, LLC*, Case No. 14-11553 (KG) (Bankr. D. Del. Jun. 24, 2014) [Docket No. 35]; *In re Optim Energy, LLC*, Case No. 14-10262 (BLS) (Bankr. D. Del. Feb. 12, 2014) [Docket No. 27]; *In re Buffets Rests. Holdings, Inc.*, Case No. 12-10237 (MFW) (Bankr. D. Del. Jan. 19, 2012) [Docket No. 43]; *In re DSI Holdings, Inc.*, Case No. 11-11941 (KJC) (Bankr. D. Del. June 28, 2011) [Docket No. 43]. Accordingly, based on the foregoing facts and authorities, the Debtors submit that the relief requested in this Motion should be granted.

## NOTICE

10.    Notice of this Motion will be given to: (a) the Office of the United States Trustee for the District of Delaware; (b) the parties included on the Debtors' consolidated list of thirty (30) largest unsecured creditors; (c) counsel to the Prepetition First Lien Lender and DIP Lender; (d) the Debtors' prepetition lenders; (e) the Internal Revenue Service; (f) the Office of the United States Attorney for the District of Delaware; (g) the Delaware Secretary of State; (h) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (i) all parties entitled to notice pursuant to Local Rule 9013-1(m). The Debtors submit that, under the circumstances, no other or further notice is required.

## NO PRIOR REQUEST

11.    No prior motion for the relief requested herein has been made to this or any other court.

*[The remainder of this page intentionally left blank]*

63294352.2

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, (i) directing the joint administration of these Chapter 11 Cases and consolidating them for procedural purposes only pursuant to Bankruptcy Code section 105(a), Bankruptcy Rule 1015(b), and Local Rule 1015-1; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: May 23, 2018
      Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

 */s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Stephen J. Astringer (Del. Bar No. 6375)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
sastringer@polsinelli.com

-and-

Jeremy R. Johnson (*Pro Hac Vice* Pending)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**Exhibit A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC<br><br>        Debtor.<br><br>Employer Tax I.D. No. 81-0856103 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>ELEMENTS BEHAVIORAL HEALTH, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 26-0227176 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>EBH HOLDING COMPANY, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 90-0770370 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>EBH BIG ROCK, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 46-1801880 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>SOCAL REHAB AND RECOVERY, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 38-3943741 | Chapter 11<br><br>Case No. 18-_____ (___) |

| | |
|---|---|
| In re:<br><br>THE SEXUAL RECOVERY INSTITUTE, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 95-4591279 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>WESTSIDE SOBER LIVING CENTERS, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 95-4175717 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>EHRMAN SUBSIDIARY CORP.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 26-4533958 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>PROMAL2, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 34-2011377 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>PROMAL4, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-_____ (___) |

- 2 -

Employer Tax I.D. No. 01-0872453

| | |
|---|---|
| In re: | Chapter 11 |
| SBAR2, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 01-0819844 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISES RESIDENTIAL TREATMENT CENTER VI, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 27-3091112 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ASSURANCE TOXICOLOGY SERVICES, LLC, | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 80-0929612 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ELEMENTS SCREENING SERVICES, INC., | Case No. 18-_____ (___) |
| Debtor. | |
| Employer Tax I.D. No. 46-1170055 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TRS BEHAVIORAL CARE, INC., | Case No. 18-_____ (___) |
| Debtor. | |

63294352.2

Employer Tax I.D. No. 76-0326343

| | |
|---|---|
| In re:<br><br>SPIRIT LODGE, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 26-1461375 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>SAN CRISTOBAL TREATMENT CENTER, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 45-4251419 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>EBH ACQUISITION SUBSIDIARY, INC.,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 45-2576132 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>EBH SERVICES OF FLORIDA, INC.,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 46-0726802 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>OUTPATIENT SERVICES FL, INC.,<br><br>       Debtor. | Chapter 11<br><br>Case No. 18-_____ (___) |

- 4 -

63294352.2

Employer Tax I.D. No. 32-0459596

| | |
|---|---|
| In re:<br><br>EBH NORTHEAST SERVICES, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 80-0933551 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>INTENSIVE OUTPATIENT SERVICES PA, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 61-1755581 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>WRIGHTSVILLE SERVICES, LLC,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 37-1749535 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>NE SOBER LIVING, INC.,<br><br>        Debtor.<br><br>Employer Tax I.D. No. 38-3951955 | Chapter 11<br><br>Case No. 18-_____ (___) |
| In re:<br><br>NORTHEAST BEHAVIORAL SERVICES, INC., | Chapter 11<br><br>Case No. 18-_____ (___) |

63294352.2

Debtor.

Employer Tax I.D. No. 35-2518881

In re:

THE RANCH ON THE PINEY RIVER, INC.,

Debtor.

Employer Tax I.D. No. 62-1750195

Chapter 11

Case No. 18-_____ (___)

In re:

OUTPATIENT SERVICES TN, INC.,

Debtor.

Employer Tax I.D. No. 61-1755584

Chapter 11

Case No. 18-_____ (___)

In re:

EBH SOUTHWEST SERVICES, INC.,

Debtor.

Employer Tax I.D. No. 90-0995202

Chapter 11

Case No. 18-_____ (___)

In re:

ELEMENTS MEDICAL GROUP OF
UTAH, INC.,

Debtor.

Employer Tax I.D. No. 32-0519820

Chapter 11

Case No. 18-_____ (___)

In re:

SOUTHEAST BEHAVIORAL HEALTH
SERVICES, INC.,

Chapter 11

Case No. 18-_____ (___)

- 6 -

|  |  |
|---|---|
| Debtor.<br><br>Employer Tax I.D. No. 36-4791267 |  |

| In re:<br><br>ELEMENTS MEDICAL GROUP OF<br>MISSISSIPPI, INC.,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 30-0964545 | Chapter 11<br><br>Case No. 18-_____ (___) |
|---|---|

| In re:<br><br>ELEMENTS MEDICAL GROUP OF<br>ARIZONA, INC.,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 30-0968468 | Chapter 11<br><br>Case No. 18-_____ (___) |
|---|---|

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order (this "**Order**") directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only; and upon the First Day Declaration; and this Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the relief requested in the Motion is in the best

---

[1]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

63294352.2

interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and the First Day Declaration and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation thereon and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is granted as set forth herein.

2.    The above-captioned Chapter 11 Cases shall be jointly administered by the Court and consolidated for procedural purposes only under the case of EBH Topco, LLC, Case No. 18-_____ (___).

3.    If, when filed, these Chapter 11 Cases were assigned to separate judges, all of the Chapter 11 Cases shall be transferred to the judge presiding over the Chapter 11 Case of EBH Topco, LLC, Case No. 18-_____ (___).

4.    The caption of the jointly administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-_____ (___)<br><br>(Jointly Administered) |

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The location of the Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

5.  The Clerk of this Court shall make a docket entry in each Chapter 11 Case (except that of EBH Topco, LLC) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of EBH Topco, LLC and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of EBH Topco, LLC, Case No. 18-_____ (___), should be consulted for all matters affecting this case."

6.  The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.  Notice of the Motion as provided therein shall be deemed good and sufficient, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8.  Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

10.  Notwithstanding the relief granted in this Order, any creditor filing a proof of claim against any Debtor shall file such proof of claim in the Chapter 11 Case of each Debtor to which such claim relates.

63294352.2

11.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.


Dated: _____, 2018
         Wilmington, Delaware


_____
UNITED STATES BANKRUPTCY JUDGE

63294352.2