## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 18-11212 (BLS)<br><br>(Joint Administration Pending)<br><br>**Re: Docket No. 1** |

## AMENDED CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007AND 7007.1

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtor in possession (collectively, the "**Debtors**") attach hereto as <u>Exhibit A</u> an organizational chart reflecting all of their ownership interests. The Debtors respectfully represent as follows:

1.      NEA owns approximately fifty percent (50%) of the equity interests of EBH TOPCO, LLC, Frazier Healthcare Ventures owns approximately eighteen percent (18%), and Shelbourne EBH Investors LLC owns approximately fourteen percent (14%). To the best of the Debtors' knowledge and belief, no other person or entity directly owns 10% or more of the equity interests of EBH Topco, LLC.

2.      EBH Topco, LLC owns approximately ninety-nine percent (99%) of the equity interests of EBH Holding Company, Inc.

3.      EBH Holding Company, Inc. owns one hundred percent (100%) of the equity interests of Elements Behavioral Health, Inc.

4.      Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of EBH Big Rock, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The location of the Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

5.    Elements Behavioral Health, Inc. owns approximately ninety-nine percent (99%) of the equity interests of Assurance Toxicology Services, LLC.

6.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of EBH Acquisition Subsidiary, Inc.

7.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of EBH Northeast Services, Inc.

8.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of NE Sober Living, Inc.

9.    Elements Behavioral Health, Inc. owns approximately ninety-five percent (95%) of the equity interests of The Ranch on Piney River, Inc.

10.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of EBH Southwest Services, Inc.

11.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Southeast Behavioral Health Services, Inc.

12.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Elements Medical Group of Arizona, Inc.

13.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of SoCal Rehab and Recovery, Inc.

14.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Elements Screening Services, Inc.

15.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of EBH Services of Florida, Inc.

16.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Intensive Outpatient Services PA, Inc.

17.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Northeast Behavioral Services, Inc.

18.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Outpatient Services TN, Inc.

19.    Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Elements Medical Group of Utah, Inc.

2

20.     Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Elements Medical Group of Mississippi, Inc.

21.     Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of The Sexual Recovery Institute, Inc.

22.     Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of TRS Behavioral Care, Inc.

23.     Elements Behavioral Health, Inc. owns one hundred percent (100%) of the equity interests of Outpatient Services FL, Inc.

24.     Elements Behavioral Health, Inc. owns ninety percent (90%) of the equity interests of Wrightsville Services, LLC and Recovery River Rehab, LLC owns ten percent (10%) of the equity interests of Wrightsville Services, LLC.

25.     Elements Behavioral Health, Inc. owns approximately ninety-five percent (95%) of the equity interests of Westside Sober Living Centers, Inc.

26.     Westside Sober Living Centers, Inc. owns one hundred percent (100%) of the equity interests of Ehrman Subsidiary Corp.

27.     Westside Sober Living Centers, Inc. owns one hundred percent (100%) of the equity interests of PROMAL2, Inc.

28.     Westside Sober Living Centers, Inc. owns one hundred percent (100%) of the equity interests of PROMAL4, Inc.

29.     Westside Sober Living Centers, Inc. owns one hundred percent (100%) of the equity interests of SBAR2, Inc.

30.     Westside Sober Living Centers, Inc. owns one hundred percent (100%) of the equity interests of Promises Residential Treatment Center VI, Inc.

31.     TRS Behavioral Care, Inc. owns one hundred percent (100%) of the equity interests of Spirit Lodge, LLC.

32.     TRS Behavioral Care, Inc. owns one hundred percent (100%) of the equity interests of San Cristobal Treatment Center, LLC.

**Exhibit A**

Organizational Chart

**EBH TOPCO, LLC**
Inc. 10/08/2015 in DE

**EBH Holding Company, Inc.**
Inc. 10/14/2011 in DE

**Elements Behavioral Health, Inc.**
Inc. 06/12/2007 in DE



**EBH Big Rock, Inc.**
Inc. 01/16/2013 in CA

**SoCal Rehab and Recovery, Inc.**
Inc. 11/12/2014 in DE

**The Sexual Recovery Institute, Inc.**
Inc. 06/28/1999 in CA
Acq. 11/19/2010

**Westside Sober Living Centers, Inc.**
DBA:
- Promises Treatment Centers
- Promises Malibu
- Promises West LA
- Promises Malibu Vista
Inc. 10/12/1988 in CA
Acq. 01/31/2008

**Ehrman Subsidiary Corp.**
Inc. 12/03/2008 in CA

**PROMAL2, Inc.**
Inc. 05/25/2004 in CA

**PROMAL4, Inc.**
Inc. 06/22/2006 in CA

**SBAR2, Inc.**
Inc. 06/07/2004 in CA

**Promises Residential Treatment Center VI, Inc.**
Inc. 07/16/2010 in CA

**Assurance Toxicology Services, LLC**
*f/k/a Elements Youth Services, Inc.*
Inc. 06/13/2013 in DE

**Elements Screening Services, Inc.**
*f/k/a Elements Lab Services, Inc.*
Inc. 10/10/2012 in TX

**TRS Behavioral Care, Inc.**
DBA:
- The Right Step
Inc. 12/05/1990 in TX

**Spirit Lodge, LLC**
DBA:
- Promises Austin
Inc. 08/16/2007 in TX

**San Cristobal Treatment Center, LLC**
Inc. 01/13/2012 in TX

**EBH Acquisition Subsidiary, Inc.**
DBA:
- The Recovery Place
- Bel Canto Detox Center
Inc. 06/02/2011 in DE

**EBH Services of Florida, Inc.**
DBA:
- Lucida Treatment Center
Inc. 08/01/2012 in DE

**Outpatient Services FL, Inc.**
Inc. 02/12/2015 in DE

**EBH Northeast Services, Inc.**
*f/k/a Youth Health YC, Inc.*
DBA:
- Clarity Way
- Clarity Way Monitoring
Inc. 06/13/2013 in DE

**Intensive Outpatient Services PA, Inc.**
Inc. 02/12/2015 in DE

**Wrightsville Services, LLC**
DBA:
- Brightwater Landing
- The Ranch Pennsylvania
Inc. 01/27/2014 in DE

**NE Sober Living, Inc.**
DBA:
- Boardwalk Sober Living
Inc. 12/30/2014 in DE

**Northeast Behavioral Services, Inc.**
DBA:
- Park Bench Group Counseling
- Promises New Jersey
Inc. 10/29/2014 in DE

**The Ranch on the Piney River, Inc.**
Inc. 02/02/1999 in TN
Acq. 06/30/2010

**Outpatient Services TN, Inc.**
Inc. 12/12/2015 in DE

**EBH Southwest Services, Inc.**
*f/k/a Youth Health CC, Inc.*
DBA:
- Journey Healing Centers
- Journey Recovery Centers
- Journey at Willowcreek
- Promises Scottsdale
Inc. 06/13/2013 in DE

**Elements Medical Group of Utah, Inc.**
Inc. 01/17/2017 in UT

**Southeast Behavioral Health Services, Inc.**
DBA:
- COPAC
- The Ranch Mississippi
Inc. 08/04/2014 in DE

**Elements Medical Group of Mississippi, Inc.**
Inc. 01/11/2017 in MS

**Elements Medical Group of Arizona, Inc.**
Inc. 01/12/2017 in AZ

**States of Operation**

| AZ | |
| CA | CA |
| TX | TX |
| NM | |
| FL | |
| PA | |
| NJ | |
| TN | |
| UT | |
| MS | |
| Dormant entities | |

**Minority Interest Holders**

Westside Sober Living Centers, Inc - 4.55% Richard Rogg
The Ranch on Piney River, Inc. - 5% Cheryl Brown
Wrightsville Services, LLC - 10% Recovery River Rehab, LLC
Assurance Toxicology Services, LLC - 0.17% SPB Investments, LLC
EBH Holding Company, Inc. - 0.06% Stockholders

**Exhibit B**

McGahan Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC, *et al.*,[2]<br><br>        Debtors. | Chapter 11<br><br>Case No. 18-11212 (BLS)<br><br>(Joint Administration Pending)<br><br>**Re: Docket No. 1** |

## DECLARATION OF MARTIN MCGAHAN CONCERNING AMENDED CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

I, Martin McGahan, Chief Restructuring Officer of EBH Topco, LLC, one of the above-captioned debtors and debtors in possession (the "**Debtors**"), pursuant to 28 U.S.C. § 1764, declare under penalty of perjury that I have reviewed the foregoing *Amended Consolidated Corporate Ownership Statement Pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1*. I hereby certify that the information contained therewith is true and correct to the best of my knowledge, information, and belief.

Executed this 23rd day of May, 2018.

> **EBH Topco, LLC**
>
> Debtors and Debtors in Possession
>
> */s/ Martin McGahan*
>
> _____
>
> Martin McGahan
> Chief Restructuring Officer

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The location of the Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.