DENISE REAVES
9843 N. 51st Place
Paradise Valley, Arizona 85253
(480) 861-0164
denisereaves@cox.net

FILED
2018 JUL 12 PM 12:59
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>EBH TOPCO, LLC, *et. al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11212 (BLS)<br><br>**LIMITED OBJECTION OF DENISE REAVES TO BIDDING PROCEDURES AND SALE MOTION, AND NOTICE TO COUTNERPARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES REGARDING CURE AMOUNTS AND POSSIBLE ASSIGNMENT TO SUCCESSFUL BIDDER AT AUCTION**<br><br>**and**<br><br>**APPLICATION OF DENISE REAVES FOR PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM** |

Denise Reaves respectfully submits the following limited objection to the Debtors' *Bidding Procedures and Sale Motion,* and *Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to Successful Bidder at Auction* (the "Notice"). Denise Reaves does

1

not object to the sale itself, and does not object to the assumption and assignment of executory contracts. However, Denise Reaves provided both pre and postpetition services to the Debtors, and is owed $5,315.00 for services rendered up to the filing date of May 23, 2018, and $3,330.00 for services rendered thereafter. The total amount to cure all defaults owing to Denise Reaves amounts to $8,645.00. The Notice, however, incorrectly states the cure amount as $0. Denise Reaves does object to any assumption and assignment of her service contract unless and until the arrearages of $8,645.00 are paid in full, as required under 11 U.S.C. § 365(b)(1)(A).

Further, to the extent that the service contract between Denise Reaves and the Debtors is not cured, assumed, and assigned, Denise Reaves respectfully requests an order of this Court approving the postpetition amounts owing to Denise Reaves as an administrative expense priority claim pursuant to 11 U.S.C. § 503(b)(1)(A), and directing the immediate payment of that claim pursuant to 11 U.S.C. § 507(a)(2).

Denise Reaves' limited objection and application to approve administrative expense priority claim is as follows:

1. The Debtors filed their voluntary Chapter 11 petitions on May 23, 2018.

2. Prior to the filing of the petition, Denise Reaves contracted with debtor EBH Southwest Services, Inc. ("EBH"), to provide physical and mental fitness services, including yoga and meditation.

3. As of May 23, 2018, Denise Reaves was owed the sum of $5,315.00 for services rendered to EBH. Attached as Exhibit "A" is a copy of Denise Reaves' invoice for services rendered as of May 23, 2018.

4. After the filing of the petition, Denise Reaves discovered the filing, and inquired about payment. Denise Reaves was specifically told that the Court had authorized payment of outstanding prepetition amounts to "critical vendors," was told

that she was to be placed upon this "critical vendor" list, and was promised that payment was forthcoming.

5. Denise Reaves did not receive any such payment, and now knows that she was never included in this "critical vendor" category.

6. Nevertheless, based upon the promises and statements of Debtors' representatives, Denise Reaves continued to provide services to EBH.

7. Denise Reaves was recently paid the sum of $870.00 for services rendered from May 23, 2018, through May 31, 2018. Denise Reaves is still owed the sum of $3,330.00 for services rendered after the filing date of May 23, 2018. Attached as Exhibit "B" are copies of Denise Reaves' invoice for services rendered from May 23, 2018, through the current date.

8. The Notice received by Denise Reaves incorrectly states the amount owing to Denise Reaves as $0, and thus incorrectly states the amount required to cure the contract. As noted above, the proper amount required to cure all unpaid invoices is $8,645.00.

9. Pursuant to 11 U.S.C. § 365(b)(1)(A), if there has been a default under any executory contract, the trustee (or debtor-in-possession) may not assume and assign that contract, unless the defaults under the contract are cured. Accordingly, the service contract between Denise Reaves and EBH may not be assumed and assigned to any buyer at the auction unless all defaults under the contract are cured by payment of the past due sum of $8,645.00.

10. To the extent that the Debtors choose not to cure, assume and assign the contract, Denise Reaves is still entitled to approval and payment of an administrative expense priority claim pursuant to 11 U.S.C. §§ 503 and 507, for the unpaid postpetition services rendered in the sum of $3,330.00.

11. Pursuant to 11 U.S.C. § 503(b)(1)(A), Denise Reaves is entitled to an administrative expense priority claim for all actual, necessary costs and expenses of preserving the estate. In order to maintain the going concern value of the Debtors' business operations, the Debtors needed service providers, like Denise Reaves, to continue to provide those services after the filing of the petition and up to the point of sale. The Debtors confirmed with Denise Reaves that, if she continued to provide services postpetition, she would be paid for those services. However, Denise Reaves has yet to receive any payments whatsoever. Denise Reaves is thus entitled to an administrative expense priority claim for these postpetition services rendered at the request of the Debtors in the sum of $3,330.00.

12. Pursuant to 11 U.S.C. § 507(a)(2), administrative expenses approved under Section 503(b) are paid as priority claims, prior in right to all other claimants (other than domestic support obligations under Section 507(a)(1), which is not applicable herein). Thus, Denise Reaves is entitled to an order of the Court directing the immediate payment of any approved administrative expense claim; at a minimum, no other administrative expense claims should be paid unless and until any allowed claim held by Denise Reaves is also paid.

WHEREFORE, Denise Reaves objects to the incorrect cure amount as stated in the Debtors' Notice, and submits that the past due obligations owing to Denise Reaves under her service contract with the Debtors amount to $8,645.00. Thus, the contract may not be assumed and assigned unless and until the sum of $8,645.00 is paid to Denise Reaves. Further, to the extent that the service contract between Denise Reaves and EBH is not cured, assumed and assigned, Denise Reaves respectfully requests an order of this Court approving the immediate payment to Denise Reaves of the postpetition amounts owing in the sum of $3,330.00, pursuant to 11 U.S.C. § 503 and 507.

Dated this 13 day of July, 2018.

By: _____
Denise Reaves
Claimant

ORIGINAL sent via FEDERAL EXPRESS on this 13 day of July, 2018, to:

CLERK OF THE BANKRUPTCY COURT
United States Bankruptcy Court for the
 District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801


COPY of the foregoing MAILED this 13 day of July, 2018, to:

Christopher A. Ward
Shanti M. Katona
POLSINELLI, P.C.
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Counsel to the Debtors

David Agay
MCDONALD HOPKINS, LLP
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Counsel to the Prepetition First Lien Lender
 and DIP Lender

Office of the U.S. Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2008 – Lockbox #35
Wilmington, Delaware 19801

# INVOICE

**Denise Reaves**
9843
51st Place
Paradise Valley, 85253
United States

480-861-0164
balancedyou.life

BILL TO
**Promises Scottsdale**
Mike Obrian
11624 East Shea Boulevard
Scottsdale, Arizona 85259
United States

623-271-3093
ap@theelements.com

**Invoice Number:** 86
**Invoice Date:** June 3, 2018
**Payment Due:** June 3, 2018
**Amount Due (USD):** $2,310.00

🗐 Pay Securely Online

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Yoga Woman's House**<br>May 2018: 2,5,6,9,12,13,16,19,20 | 9 | $70.00 | $630.00 |
| **Yoga Men's House**<br>May 2018: 3,5,7,10,12,14,17,19,21 | 9 | $70.00 | $630.00 |
| **Mindfulness Woman's House**<br>May 2018:<br>1,8,15,22, | 4 | $90.00 | $360.00 |
| **Mindfulness Mens' House**<br>May 2018:<br>4,11,18, | 3 | $90.00 | $270.00 |
| **Meditation Woman's House**<br>May 2018: 14,11,18, | 3 | $70.00 | $210.00 |
| **Meditation Men's House**<br>May 2018: 7,14,21, | 3 | $70.00 | $210.00 |

# INVOICE



**Denise Reaves**
9843
51st Place
Paradise Valley, 85253
United States

480-861-0164
balancedyou.life

**Total:** $2,310.00

**Amount Due (USD):** $2,310.00

Pay Securely Online

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER  Bank Payment

link.waveapps.com/cgfm2p-uxuaq4

**Notes**
It is always a pleasure teaching your students.

# INVOICE

**Denise Reaves**
9843
51st Place
Paradise Valley, 85253
United States

480-861-0164
balancedyou.life

BalancedYOU

BILL TO
**Promises Scottsdale**
Mike Obrian
11624 East Shea Boulevard
Scottsdale, Arizona 85259
United States

623-271-3093
ap@theelements.com

**Invoice Number:** 84
**Invoice Date:** May 7, 2018
**Payment Due:** May 7, 2018
**Amount Due (USD):** $3,005.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Yoga Woman's House**<br>April: 1,4,7,8,11,14,15,18,21,22,25,28,29 | 13 | $70.00 | $910.00 |
| **Yoga Men's House**<br>April: 2,5,7,9,12,14,16,19,21,23,26,28,30 | 13 | $70.00 | $910.00 |
| **Mindfulness Woman's House**<br>April: 3,10,17,24 | 4 | $90.00 | $360.00 |
| **Mindfulness Mens' House**<br>April: 6,13,20,27 | 4 | $90.00 | $360.00 |
| **Meditation Men's House**<br>April: 16,23,30 | 3 | $70.00 | $210.00 |
| **Meditation Woman's House**<br>April: 13,20,27 | 3 | $70.00 | $210.00 |
| **TB Test**<br>for annual TB (see attached invoice) | 1 | $45.00 | $45.00 |

**Total:** $3,005.00

**Amount Due (USD):** $3,005.00

**Notes**
It is always a pleasure teaching your students.

# INVOICE

**Denise Reaves**
9843
51st Place
Paradise Valley, 85253
United States

480-861-0164
balancedyou.life

**BalancedYOU**

BILL TO
**Promises Scottsdale**
Mike Obrian
11624 East Shea Boulevard
Scottsdale, Arizona 85259
United States

623-271-3093
ap@theelements.com

**Invoice Number:** 87

**Invoice Date:** June 27, 2018

**Payment Due:** June 27, 2018

**Amount Due (USD):** $3,330.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Yoga Woman's House**<br>June: 2,3,6,9,10,13,16,17,20,23,24,27,30 | 13 | $70.00 | $910.00 |
| **Yoga Men's House**<br>June: 2,4,7,9,11,14,16,18,20,23,24,25,28,30 | 14 | $70.00 | $980.00 |
| **Meditation Woman's House**<br>June: 1,8,15,22,29 | 5 | $70.00 | $350.00 |
| **Meditation Men's House**<br>June:4,11,18,25 | 4 | $70.00 | $280.00 |
| **Mindfulness Woman's House**<br>June: 5,12,19,26 | 4 | $90.00 | $360.00 |
| **Mindfulness Mens' House**<br>June: 1,8,15,22,29 | 5 | $90.00 | $450.00 |

**Total:** $3,330.00

**Amount Due (USD):** $3,330.00

**Notes**
It is always a pleasure teaching your students.