# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | X | |
| In re: | ) | |
| | ) | **CHAPTER 11** |
| **EBH TOPCO, LLC, et al.,** | ) | |
| | ) | **Case No. 18-11212 (BLS)** |
| **Debtors.** | ) | |
| | ) | **(Jointly Administered)** |
| | X | |

### Monthly Operating Report
### For the Period of November 1, 2018 - November 30, 2018

**DEBTORS' ADDRESS:**    **5000 Airport Plaza Drive, Suite 100**
**Long Beach, California 90815**

**DEBTORS' ATTORNEYS:**  **Polsinelli PC**                          **Polsinelli PC**
**Christopher A. Ward**              **Jeremy R. Johnson**
**Shanti M. Katona**                 **600 3rd Avenue, 42nd Floor**
**Stephen J. Astringer**             **New York, NY 10016**
**222 Delaware Avenue, Suite 1101**  **Tel: (212) 684-0199**
**Wilmington, DE 19801**             **Fax: (212) 684-0197**
**Tel: (302) 252-0920**
**Fax: (302) 252-0921**

This Monthly Operating Report ("MOR") has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these Chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with accounting principles generally accepted in the United States ("GAAP").

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Anthony Horvat
_____                        December 31, 2018
Anthony Horvat                                  Date
Chief Restructuring Officer
Elements Behavioral Health, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

_____

EBH TOPCO, LLC, et al.,

Debtors.

Case No. 18-11212 (BLS)

Reporting Period: November 1, 2018 - November 30, 2018

Federal Tax I.D. # 81-0856103

**CORPORATE MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No | No |
| Bank Reconciliation (or Copies of Debtors' Bank Recs) | MOR-1a | No | No | Yes |
| Schedule of Professional Fees Paid | MOR-1b | Yes | No | No |
| Copies of Bank Statements | | No | Yes | No |
| Cash Disbursements Journals | | Yes | No | No |
| Statement of Operations | MOR-2 | Yes | No | No |
| Balance Sheet | MOR-3 | Yes | No | No |
| Status of Postpetition Taxes | MOR-4 | Yes | No | No |
| Copies of IRS Form 6123 or Payment Receipt | | No | No | Yes |
| Copies of Tax Returns Filed During Reporting Period | | N/A | N/A | N/A |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | No | No |
| Listing of Aged Accounts Payable | MOR-4 | Yes | No | No |
| Status of Insurance Coverage and Premium Payments | MOR-4 | Yes | No | No |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No | No |
| Debtor Questionnaire | MOR-5 | Yes | No | No |

In re:

EBH TOPCO, LLC, et al.,                                                    Case No. 18-11212 (BLS)

Debtors.                                                                   Reporting Period: November 1, 2018 - November 30, 2018

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| CASE NO. | CASE NAME | CASH RECEIPTS [1, 3] | CASH DISBURSEMENTS [2, 3,4] |
|---|---|---|---|
| 18-11212 (BLS) | EBH Topco, LLC | $          - | $          - |
| 18-11214 (BLS) | Elements Behavioral Health, Inc. | 14,944,125 | (13,816,010) |
| 18-11215 (BLS) | EBH Holding Company, Inc.[5] | - | - |
| 18-11216 (BLS) | EBH Big Rock, Inc. | - | - |
| 18-11217 (BLS) | SoCal Rehab and Recovery, Inc. | - | - |
| 18-11218 (BLS) | The Sexual Recovery Institute, Inc. | - | - |
| 18-11220 (BLS) | Westside Sober Living Centers, Inc. | 368,942 | (607,275) |
| 18-11221 (BLS) | Ehrman Subsidiary Corp. | - | - |
| 18-11223 (BLS) | PROMAL2, Inc. | - | - |
| 18-11224 (BLS) | PROMAL4, Inc. | - | - |
| 18-11225 (BLS) | SBAR2, Inc. | - | - |
| 18-11226 (BLS) | Promises Residential Treatment Center VI, Inc. | - | - |
| 18-11227 (BLS) | Assurance Toxicology Services, LLC | 7,333 | (38,766) |
| 18-11228 (BLS) | Elements Screening Services, Inc. | - | - |
| 18-11229 (BLS) | TRS Behavioral Care, Inc. | 3,012,412 | (3,378,707) |
| 18-11230 (BLS) | Spirit Lodge, LLC | 88,669 | (88,669) |
| 18-11231 (BLS) | San Cristobal Treatment Center, LLC | - | - |
| 18-11234 (BLS) | EBH Acquisition Subsidiary, Inc. | - | - |
| 18-11235 (BLS) | EBH Services of Florida, Inc. | 297,057 | (488,897) |
| 18-11236 (BLS) | Outpatient Services FL, Inc. | - | (22) |
| 18-11237 (BLS) | Elements Medical Group of Arizona, Inc. | - | - |
| 18-11238 (BLS) | EBH Northeast Services, Inc. | 177,727 | (280,350) |
| 18-11239 (BLS) | Intensive Outpatient Services PA, Inc. | - | - |
| 18-11240 (BLS) | Elements Medical Group of Mississippi, Inc. | 186 | (186) |
| 18-11241 (BLS) | Wrightsville Services, LLC | 376,779 | (503,734) |
| 18-11242 (BLS) | Southeast Behavioral Health Services, Inc. | 211,351 | (334,404) |
| 18-11243 (BLS) | NE Sober Living, Inc. | - | - |
| 18-11244 (BLS) | Elements Medical Group of Utah, Inc. | - | - |
| 18-11245 (BLS) | Northeast Behavioral Services, Inc. | 4,975 | - |
| 18-11246 (BLS) | The Ranch on the Piney River, Inc. | 989,031 | (1,244,552) |
| 18-11247 (BLS) | EBH Southwest Services, Inc. | 301,264 | (517,498) |
| 18-11248 (BLS) | Outpatient Services TN, Inc. | - | - |
| | **Total Debtors** | $      20,779,852 | $      (21,299,071) |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $          (21,299,071) |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $          13,391,740 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $          - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $          (7,907,330) |

Notes:

General note: all amounts listed above per the Debtors books and records for the time period from November 1 through November 31, 2018. This is a simplified version of the form provided by the UST, and the Debtor will provide further details on cash receipts and disbursements upon request.

(1) Represents receipts, net of merchant fees (including DIP revolver draws and intercompany funding activity by and among Debtors and/or Non-Debtor affiliates).

In re:

<u>EBH TOPCO, LLC, et al.,</u>                                                                          **Case No.** <u>18-11212 (BLS)</u>

**Debtors.**                                                                          **Reporting Period:** <u>November 1, 2018 - November 30, 2018</u>

## <u>SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS</u>

**<u>Notes (Continued):</u>**

(2) Represents operating and restructuring disbursements (including DIP loan paydowns and intercompany funding activity by and among Debtors and Non-Debtor affiliates).

(3) All amounts are illustrated in USD. The Debtors maintain a master or "concentration" bank account held by Elements Behavioral Health at Comerica. 'The Master Account is the Company's main operating account into which funds are regularly swept from 'the Company's other Bank Accounts and from which funds are disbursed to meet the Company's ordinary course obligations.

(4) During this reporting period, November 1 through November 30, 2018, the Debtor was not obligated to pay and has not paid any Administrative Claims, Court Costs, Owner Draws, or repayment of DIP term loan. The Debtor paid $0.2M in Professional Fees to Restructuring Advisors and $0.3M in US Trustee Fees.

(5) Adequate Assurance Account for utilities.

**In re:**

<u>EBH TOPCO, LLC, et al.,</u>                          **Case No.**                          <u>18-11212 (BLS)</u>

**Debtors.**                          **Reporting Period:**                          <u>November 1, 2018 - November 30, 2018</u>

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
### (NETTING OUT INTERCOMPANY TRANSFERS)

| CASE NO. | CASE NAME | CASH RECEIPTS[1,3] | INTERCO. TRANSFERS | CASH RECEIPTS, NET | CASH DISBURS.[2,3,4] | INTERCO. TRANSFERS | CASH DISBURS., NET |
|---|---|---|---|---|---|---|---|
| 18-11212 (BLS) | EBH Topco, LLC | $       - | | $       - | $       - | | $       - |
| 18-11214 (BLS) | Elements Behavioral Health, Inc. | 14,944,125 | 11,683,553 | 3,260,572 | (13,816,010) | (7,877,567) | (5,938,443) |
| 18-11215 (BLS) | EBH Holding Company, Inc.[5] | - | - | - | - | - | - |
| 18-11216 (BLS) | EBH Big Rock, Inc. | - | - | - | - | - | - |
| 18-11217 (BLS) | SoCal Rehab and Recovery, Inc. | - | - | - | - | - | - |
| 18-11218 (BLS) | The Sexual Recovery Institute, Inc. | - | - | - | - | - | - |
| 18-11220 (BLS) | Westside Sober Living Centers, Inc. | 368,942 | - | 368,942 | (607,275) | (349,000) | (258,275) |
| 18-11221 (BLS) | Ehrman Subsidiary Corp. | - | - | - | - | - | - |
| 18-11223 (BLS) | PROMAL2, Inc. | - | - | - | - | - | - |
| 18-11224 (BLS) | PROMAL4, Inc. | - | - | - | - | - | - |
| 18-11225 (BLS) | SBAR2, Inc. | - | - | - | - | - | - |
| 18-11226 (BLS) | Promises Residential Treatment Center VI, Inc. | - | - | - | - | - | - |
| 18-11227 (BLS) | Assurance Toxicology Services, LLC | 7,333 | - | 7,333 | (38,766) | (7,779) | (30,987) |
| 18-11228 (BLS) | Elements Screening Services, Inc. | - | - | - | - | - | - |
| 18-11229 (BLS) | TRS Behavioral Care, Inc. | 3,012,412 | 1,706,537 | 1,305,875 | (3,378,707) | (2,770,868) | (607,839) |
| 18-11230 (BLS) | Spirit Lodge, LLC | 88,669 | - | 88,669 | (88,669) | (88,669) | - |
| 18-11231 (BLS) | San Cristobal Treatment Center, LLC | - | - | - | - | - | - |
| 18-11234 (BLS) | EBH Acquisition Subsidiary, Inc. | - | - | - | - | - | - |
| 18-11235 (BLS) | EBH Services of Florida, Inc. | 297,057 | - | 297,057 | (488,897) | (289,000) | (199,897) |
| 18-11236 (BLS) | Outpatient Services FL, Inc. | - | - | - | (22) | (22) | - |
| 18-11237 (BLS) | Elements Medical Group of Arizona, Inc. | - | - | - | - | - | - |
| 18-11238 (BLS) | EBH Northeast Services, Inc. | 177,727 | - | 177,727 | (280,350) | (177,000) | (103,350) |
| 18-11239 (BLS) | Intensive Outpatient Services PA, Inc. | - | - | - | - | - | - |
| 18-11240 (BLS) | Elements Medicial Group of Mississippi, Inc. | 186 | - | 186 | (186) | (186) | - |
| 18-11241 (BLS) | Wrightsville Services, LLC | 376,779 | - | 376,779 | (503,734) | (354,000) | (149,734) |
| 18-11242 (BLS) | Southeast Behavioral Health Services, Inc. | 211,351 | 1,650 | 209,701 | (334,404) | (212,650) | (121,754) |
| 18-11243 (BLS) | NE Sober Living, Inc. | - | - | - | - | - | - |
| 18-11244 (BLS) | Elements Medical Group of Utah, Inc. | - | - | - | - | - | - |
| 18-11245 (BLS) | Northeast Behavioral Services, Inc. | 4,975 | - | 4,975 | - | - | - |
| 18-11246 (BLS) | The Ranch on the Piney River, Inc. | 989,031 | - | 989,031 | (1,244,552) | (970,000) | (274,552) |
| 18-11247 (BLS) | EBH Southwest Services, Inc. | 301,264 | - | 301,264 | (517,498) | (295,000) | (222,498) |
| 18-11248 (BLS) | Outpatient Services TN, Inc. | - | - | - | - | - | - |
| | **Total Debtors** | $ 20,779,852 | $ 13,391,740 | $ 7,388,112 | $ (21,299,071) | $ (13,391,740) | $ (7,907,330) |

<u>**Notes:**</u>

General note: all amounts listed above per the Debtors books and records for the time period from November 1 through November 31, 2018. This is a simplified version of the form provided by the UST, and the Debtor will provide further details on cash receipts and disbursements upon request.

(1) Represents receipts, net of merchant fees (including DIP revolver draws and intercompany funding activity by and among Debtors and/or Non-Debtor affiliates).

(2) Represents operating and restructuring disbursements (including DIP loan paydowns and intercompany funding activity by and among Debtors and Non-Debtor affiliates).

(3) All amounts are illustrated in USD. The Debtors maintain a master or "concentration" bank account held by Elements Behavioral Health at Comerica. 'The Master Account is the Company's main operating account into which funds are regularly swept from 'the Company's other Bank Accounts and from which funds are disbursed to meet the Company's ordinary course obligations.

(4) During this reporting period, November 1 through November 30, 2018, the Debtor was not obligated to pay and has not paid any Administrative Claims, Court Costs, Owner Draws, or repayment of DIP term loan. The Debtor paid $0.2M in Professional Fees to Restructuring Advisors and $0.3M in US Trustee Fees.

(5) Adequate Assurance Account for utilities.

In re:

EBH TOPCO, LLC, et al.,                                                    Case No. 18-11212 (BLS)

**Debtors.**                                              Reporting Period: November 1, 2018 - November 30, 2018

### BANK ACCOUNT RECONCILIATIONS

| ENTITY | BANK | DESCRIPTION | ACCT NO. | ENDING BANK BALANCE |
|---|---|---|---|---|
| Assurance Toxicology Services, LLC | Comerica Incorporated | General Checking | 32342 | $          - |
| EBH Acquisition Subsidiary, Inc., dba The Recovery Place | Comerica Incorporated | General Checking | 53732 | - |
| EBH Holding Company, Inc.(1) | Comerica Incorporated | Adequate Assurance Deposit | 93480 | 120,626 |
| EBH Holding Company, Inc. | Comerica Incorporated | General Checking | 85928 | - |
| EBH Holding Company, Inc. | Comerica Incorporated | Credit Card Collateral (Restricted) | 37950 | 600,000 |
| EBH Northeast Services, Inc. | Comerica Incorporated | General Checking | 32573 | 6,859 |
| EBH Northeast Services, Inc. | Wells Fargo & Company | General Checking | 01141 | 963 |
| EBH Northeast Services, Inc. | Wells Fargo & Company | General Checking | 84320 | - |
| EBH Services of Florida, Inc. | Comerica Incorporated | General Checking | 56525 | 10,232 |
| EBH Services of Florida, Inc. | Wells Fargo & Company | General Checking | 01166 | 4,884 |
| EBH Services of Florida, Inc. | Wells Fargo & Company | General Checking | 84346 | - |
| EBH Southwest Service, Inc. | Comerica Incorporated | General Checking | 32516 | 6,312 |
| EBH Southwest Service, Inc. | Wells Fargo & Company | General Checking | 11398 | 471 |
| EBH TOPCO, LLC | Comerica Incorporated | General Checking | 46504 | - |
| Elements Behavioral Health, Inc. | Comerica Incorporated | General Checking | 60506 | - |
| Elements Behavioral Health, Inc. | Comerica Incorporated | General Checking | 36028 | - |
| Elements Behavioral Health, Inc. | Comerica Incorporated | General Checking | 36010 | - |
| Elements Behavioral Health, Inc. | Comerica Incorporated | Master Concentration | 21166 | 1,819,252 |
| Elements Behavioral Health, Inc. | Comerica Incorporated | ZBA Disbursement | 21208 | - |
| Elements Behavioral Health, Inc. | Comerica Incorporated | ZBA Disbursement- Payroll | 21240 | - |
| Elements Behavioral Health, Inc. | Comerica Incorporated | ZBA Depository | 21281 | - |
| Elements Behavioral Health, Inc. | Comerica Incorporated | ZBA Contr. Disbursement | 90410 | - |
| Elements Medical Group of Arizona Inc | Comerica Incorporated | ZBA Disbursement | 90428 | - |
| Elements Medical Group of Arizona Inc | Comerica Incorporated | ZBA Depository | 21364 | - |
| Elements Medical Group of Mississippi Inc. | Comerica Incorporated | ZBA Disbursement | 90436 | - |
| Elements Medical Group of Mississippi Inc. | Comerica Incorporated | ZBA Depository | 21372 | - |
| Elements Medical Group of Utah Inc. | Comerica Incorporated | ZBA Disbursement | 90444 | - |
| Elements Medical Group of Utah Inc. | Comerica Incorporated | ZBA Depository | 94338 | - |
| NE Sober Living, Inc. | Comerica Incorporated | General Checking | 36168 | - |
| Northeast Behavioral Services, Inc. | Comerica Incorporated | General Checking | 35970 | 4,975 |
| Outpatient Services FL, Inc. | Comerica Incorporated | General Checking | 76123 | - |
| Southeast Behavioral Health Services , Inc., dba COPAC | Comerica Incorporated | General Checking | 85878 | 1,167 |
| Southeast Behavioral Health Services , Inc., dba COPAC | Wells Fargo & Company | General Checking | 01174 | 6,316 |
| Southeast Behavioral Health Services , Inc., dba COPAC | Wells Fargo & Company | General Checking | 84353 | 1,000 |
| SPIRIT LODGE, LLC dba Promises Austin | Comerica Incorporated | ZBA Depository | 17602 | - |
| The Ranch on the Piney River, Inc. | Comerica Incorporated | General Checking | 10701 | 18,067 |
| The Ranch on the Piney River, Inc. | Wells Fargo & Company | General Checking | 01182 | 20,895 |
| The Ranch on the Piney River, Inc. | Wells Fargo & Company | General Checking | 84338 | - |
| The Sexual Recovery Institute, Inc. | Comerica Incorporated | General Checking | 10578 | - |
| TRS Behavioral Care, Inc. dba The Right Step | Comerica Incorporated | Concentration | 42891 | 26,946 |
| TRS Behavioral Care, Inc. dba The Right Step | Comerica Incorporated | ZBA Disbursement | 42933 | - |
| TRS Behavioral Care, Inc. dba The Right Step | Comerica Incorporated | ZBA Depository | 17644 | - |
| TRS Behavioral Care, Inc. dba The Right Step | Comerica Incorporated | ZBA Depository | 17727 | - |
| TRS Behavioral Care, Inc. dba The Right Step | Wells Fargo & Company | General Checking | 01125 | 47,048 |

*(Continued on the next page)*

In re:

<u>EBH TOPCO, LLC, et al.,</u>                                                         **Case No.** <u>18-11212 (BLS)</u>

**Debtors.**                                                         **Reporting Period:** <u>November 1, 2018 - November 30, 2018</u>

## BANK ACCOUNT RECONCILIATIONS

| ENTITY | BANK | DESCRIPTION | ACCT NO. | ENDING BANK BALANCE |
|---|---|---|---|---|
| Westside Sober Living Centers, Inc., dba Promises Treatment Centers | Comerica Incorporated | General Checking | 53914 | 45,686 |
| Wrightsville Services, LLC | Comerica Incorporated | General Checking | 85779 | 23,256 |
| Wrightsville Services, LLC. | Wells Fargo & Company | General Checking | 01158 | 9,935 |
| | | | | |
| | | | | |
| | | | | |
| **Total Debtors** | | | | $      2,774,889 |

<u>Note:</u>

General note: All amounts listed above are bank balances as of November 30, 2018. Variance to Cash per the balance sheet relates to issued and outstanding checks of $1.3MM. Account reconciliations have been performed for each account listed above to what is presented on the Balance Sheet. See Affidavit to this effect in Exhibit B. Bank account statements are available and will be provided upon request.

(1) Adequate Assurance Account for utilities.

In re:

EBH TOPCO, LLC, et al.,                                                  Case No. 18-11212 (BLS)

Debtors.                                                  Reporting Period: November 1, 2018 - November 30, 2018

| Name | Role / Capacity | Date of Court Order Authorizing Payment[1] | Amount Approved | Amount Paid between November 1, 2018 - November 30, 2018 | Cumulative Paid from May 23, 2018 - - November 30, 2018 |
|------|-----------------|------|------|------|------|
| Polsinelli PC | Counsel to Debtors (Restructuring) | N/A | N/A | $        - | $        1,218,468 |
| Houlihan Lokey Capital, Inc. | Investment Banker to Debtors | N/A | N/A | - | 88,583 |
| Alvarez & Marsal Healthcare Industry Group, LLC | Chief Restructuring Officer and Financial Advisors to Debtors | N/A | N/A | 89,023 | 1,641,480 |
| McDonald Hopkins, LLC | Counsel to Secured Creditors | N/A | N/A | - | - |
| Donlin Recano & Company, Inc. | Claims and Noticing Agent | N/A | N/A | - | 177,637 |
| Arent Fox LLP | Co-Counsel to UCC | N/A | N/A | - | 150,697 |
| Bayard, P.A. | Co-Counsel to UCC | N/A | N/A | - | 113,857 |
| Zolfo Cooper, LLC | Financial Advisors to UCC | N/A | N/A | - | 173,833 |
| David N. Crapo[2] | Patient Care Ombudsman | N/A | N/A | - | - |
| Gibbons P.C. | Counsel to Patient Care Ombudsman | N/A | N/A | 66,551 | 137,914 |
| The Ettin Group | Special Consultant | N/A | N/A | 28,245 | 38,245 |
| **Total Payments To Professionals** | | | | **$        183,820** | **$        3,740,712** |

**Notes:**

Payments to ordinary course professionals are not included in MOR-1b.

(1) Orders were not required or issued for payments made to professionals between November 1 and November 30, 2018. Rather, Certificates of No Objection were filed and the Debtor made payments as authorized in these Certificates.

(2) Fees due to David N. Crapo of $120,320 were included in the payment to Gibbons P.C. on his behalf.

## POST-PETITION STATUS OF SECURED DEBT PAYMENTS

| Name of Creditor | Description | Monthly Payment Due | Amount Paid During Month | Total Unpaid Post-Petition |
|------------------|-------------|------|------|------|
| Project Build, LLC | DIP Term Loan | N/A | - | 19,325,000 |
| **Total Payments** | | | **$        -** | **$   19,325,000** |

**Notes:**

Unpaid post-petition amount comprises the $19.1M in drawdown on the DIP term loan through 11/30/18 plus Commitment Fee of $225,000 for which the Debtor has not received and invoice from the DIP Lender. Total availability on the DIP Term Loan as of November 30, 2018 was $10,575,000.

**In re:**

<u>EBH TOPCO, LLC, et al.,</u>                                                      **Case No.** <u>18-11212 (BLS)</u>

**Debtors.**                                                              **Reporting Period:** <u>November 1, 2018 - November 30, 2018</u>

<u>**STATEMENT OF OPERATIONS**</u>

See attached Exhibit A.

**In re:**

<u>EBH TOPCO, LLC, et al.,</u>                                                                                  **Case No.** <u>18-11212 (BLS)</u>

**Debtors.**                                                                                  **Reporting Period:** <u>November 1, 2018 - November 30, 2018</u>

<u>**BALANCE SHEET**</u>

See attached Exhibit A.

**In re:**

<u>EBH TOPCO, LLC, et al.,</u>                                                                         **Case No.** <u>18-11212 (BLS)</u>

**Debtors.**                                                                         **Reporting Period:** <u>November 1, 2018 - November 30, 2018</u>

### STATUS OF POSTPETITION TAXES

| Federal | Ending Tax | Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | $        74,164 | $        338,046 | $        (412,210) | 11/1/18-11/30/18 | EFT | $                - |
| FICA-Employee | 61,138 | 215,424 | $        (276,562) | 11/1/18-11/30/18 | EFT | - |
| FICA-Employer | 110,661 | 235,636 | $        (275,304) | 11/1/18-11/30/18 | EFT | 70,993 |
| Unemployment | 442 | 1,057 | $        (1,498) | 11/1/18-11/30/18 | EFT | - |
| Income | - | - | - | N/A | N/A | - |
| Other: | - | - | - | N/A | N/A | - |
| **Total Federal Taxes** | **246,404** | **790,163** | **(965,574)** | | | **70,993** |
| **State and Local** | | | | | | |
| Withholding | 8,262 | 69,903 | (78,165) | 11/1/18-11/30/18 | Check & EFT | - |
| Sales/Use | - | 142 | (142) | 11/21/2018 | EFT | - |
| Unemployment | 4,104 | 7,969 | (10,129) | 11/1/18-11/30/18 | Check & EFT | 1,944 |
| Real Property | 254,284 | 36,473 | - | N/A | N/A | 290,757 |
| Personal Property | 33,677 | 2,064 | - | N/A | N/A | 35,742 |
| Franchise[(1)] | - | - | - | N/A | N/A | - |
| Income | - | - | - | N/A | N/A | - |
| **Total State and Local Taxes** | **300,327** | **116,551** | **(88,436)** | | | **328,442** |
| **International** | | | | | | |
| Other International Tax | - | - | - | N/A | N/A | - |
| **Total International Taxes** | **-** | **-** | **-** | | | **-** |
| | | | | | | |
| **Total Taxes** | **$      546,731** | **$      906,714** | **$      (1,054,010)** | | | **$      399,435** |

**Notes:**

To the best of the Debtors' knowledge, as of the date hereof, (i) all Postpetition Taxes that are not subject of dispute are current, (ii) there are no material disputes with respect to Postpetition Taxes, (iii) no previous tax years have been reopened since the filing date, (iv) income taxes were not included because it was for Pre-Petition period. See Exhibit B for an Affidavit to this effect.

(1) The Debtor received a letter from Texas Comptroller on June 18, 2018 regarding the selection of EBH Holding Company, Inc. for a routine franchise tax audit for the 2015 Report Year. The audit was finalized and payment made in November of $10,695.

### SUMMARY OF UNPAID POSTPETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $      905,462 | $      34,260 | $            764 | $            - | $            - | $      940,486 |
| Wages Payable | 894,059 | - | - | - | - | 894,059 |
| Taxes Payable | 425,726 | - | - | - | - | 425,726 |
| Rent/Leases-Building | | - | - | - | - | |
| Rent/Leases-Equipment | 45,417 | - | - | - | - | 45,417 |
| Secured Debt/ Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | 5,189 | - | - | - | - | 5,189 |
| Amounts Due to Insiders | | - | - | - | - | |
| Other: | 628,655 | - | - | - | - | 628,655 |
| **Total Postpetition Debts** | **$   2,904,507** | **$      34,260** | **$            764** | **$            -** | **$            -** | **$   2,939,532** |

### STATUS OF INSURANCE COVERAGE AND PREMIUM PAYMENTS

See attached Exhibit C.

**In re:**

EBH TOPCO, LLC, et al.,                                    **Case No.** 18-11212 (BLS)

**Debtors.**                                    **Reporting Period:** November 1, 2018 - November 30, 2018

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 7,815,116 |
| Plus: Amounts billed during the period | | 3,810,081 |
| Less: Amounts collected during the period | | (4,002,454) |
| **Total Accounts Receivable at the end of the reporting period** | **$** | **7,622,743** |

| Accounts Receivable Aging | | Period |
|---|---|---|
| 0 - 30 days past admission | $ | 5,470,354 |
| 31 - 60 days past admission | | 1,407,906 |
| 61 - 90 days past admission | | 1,036,692 |
| Greater than 91 days past admission | | 3,194,082 |
| Total Accounts Receivable | | 11,109,034 |
| Less:  Bad Debts (Amount considered uncollectible) | | (3,486,291) |
| **Net Accounts Receivable** | **$** | **7,622,743** |

**In re:**

<u>EBH TOPCO, LLC, et al.,</u>                                                                   **Case No.** <u>18-11212 (BLS)</u>

**Debtors.**                                                                  **Reporting Period:** <u>November 1, 2018 - November 30, 2018</u>

### DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X$^{(1)}$ |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | X$^{(2)}$ | |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any post petition payroll taxes past due? | | X |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X |
| Have any pre-petition taxes been paid during this reporting period? | X$^{(2)}$ | |
| Are any amounts owed to post petition creditors delinquent? | | X$^{(3)}$ |
| Are any wage payments past due? | | X |
| Have any post petition loans been received by the Debtor from any party? | X$^{(4)}$ | |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

(1) Pursuant to the Final Cash Management Order (docket #213) the Debtor maintains a concentration account held by Elements Behavioral Health at Comerica. The concentration account is the Company's main operating account into which funds are transferred from other of the Company's bank accounts and from which funds are disbursed to meet the Company's ordinary course obligations, some of which may not be a DIP account.

(2) Pursuant to the relief requested under "First Day Motions" and their respective interim and final orders, certain payments have been made on pre-petition obligations (e.g. employee-related obligations, taxes, and critical vendors). No Administrative Claims are due nor have been paid.

(3) There were approximately $35K in invoices due by 11/30 not paid by that date, due to late receipt of invoice or discrepancies. All discrepancies were resolved and paid prior to filing this MOR, except for one disputed invoice of $31K.

(4) In the month of November, the Debtor is in receipt of $3.2M of DIP funding.

# Exhibit A

Elements Behavioral Health, Inc.
Consolidating Income Statement
For the Period 11/1/2018 - 11/30/2018

| | Elements | Promises | SRI | Ranch | SEBHS | TN IOP | TRP | Lucida | FL IOP | TRS | Journey | Clarity Way | WSL | PB | NESL | PA IOP | ESS | ATS | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADC | 0.0 | 14.5 | 0.0 | 77.8 | 20.4 | 0.0 | 0.0 | 21.6 | 0.0 | 99.5 | 31.4 | 7.2 | 24.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 296.5 |
| Rate | 0 | 18,905 | 0 | 13,168 | 7,628 | 0 | 0 | 16,637 | 0 | 10,248 | 10,867 | 19,524 | 15,294 | 0 | 0 | 0 | 0 | 0 | 112,271 |
| **Revenue:** | | | | | | | | | | | | | | | | | | | |
| Program Fees | 0 | 285,129 | 0 | 1,507,214 | 211,210 | 0 | 0 | 270,364 | 0 | 1,827,517 | 459,179 | 194,172 | 435,590 | 0 | 0 | 0 | 0 | 0 | 5,190,375 |
| Drug Screening | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional, Ancillary & Other | 358 | 0 | 0 | 2,245 | 398 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 4,400 | 0 | 0 | 0 | 0 | 0 | 7,433 |
| Affiliate Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (177,071) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (177,071) |
| Contractual Allowance/Bad Debt Expense | 0 | (11,000) | 0 | (485,000) | (56,000) | 0 | 0 | 89,000 | 0 | (630,805) | (118,000) | (58,000) | (67,000) | 0 | 0 | 0 | 0 | (50,000) | (1,386,805) |
| Total Revenue | 358 | 274,129 | 0 | 1,024,459 | 155,608 | 0 | 0 | 359,364 | 0 | 1,019,641 | 341,211 | 140,572 | 368,590 | 0 | 0 | 0 | 0 | (50,000) | 3,633,932 |
| **Labor:** | | | | | | | | | | | | | | | | | | | |
| Salaries | 945,572 | 205,071 | 0 | 446,982 | 157,320 | 0 | 0 | 131,667 | 0 | 759,531 | 138,599 | 96,626 | 192,244 | 0 | 0 | 0 | 0 | 0 | 3,073,612 |
| Overtime | 8,769 | 10,729 | 0 | 17,926 | 4,166 | 0 | 0 | 3,227 | 0 | 35,014 | 7,662 | 1,166 | 248 | 0 | 0 | 0 | 0 | 0 | 88,907 |
| Bonuses | 174,931 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 175,431 |
| Benefits | 297,031 | 26,901 | 0 | 76,756 | 27,353 | 0 | 0 | 15,564 | 0 | 115,516 | 20,773 | 12,118 | 24,335 | (44) | 0 | 0 | 0 | 1,048 | 617,351 |
| Sub-Total Labor | 1,426,303 | 242,701 | 0 | 541,664 | 188,839 | 0 | 0 | 150,458 | 0 | 910,561 | 167,034 | 109,910 | 216,827 | (44) | 0 | 0 | 0 | 1,048 | 3,955,301 |
| **Operating Expenses:** | | | | | | | | | | | | | | | | | | | |
| Business Fees | 44,986 | 2,505 | 0 | 14,183 | 2,713 | 0 | 375 | 3,550 | 30 | 9,985 | 4,664 | 4,373 | 1,801 | 583 | 583 | 0 | 0 | 1,230 | 91,561 |
| Dues & Subscriptions | 2,536 | 0 | 0 | 731 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,267 |
| Equipment | 0 | 0 | 0 | 66 | 25 | 0 | 0 | 0 | 0 | 337 | 0 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 486 |
| Food | 0 | 13,337 | 0 | 44,204 | 4,870 | 0 | 0 | 5,614 | 0 | 54,757 | 21,325 | 4,949 | 11,465 | 0 | 0 | 0 | 0 | 0 | 160,521 |
| Insurance | 64,477 | 33,972 | 201 | 41,447 | 15,238 | 0 | 243 | 19,508 | 51 | 27,389 | 12,193 | 10,157 | 6,505 | 3,026 | 0 | 0 | 0 | 951 | 235,358 |
| Legal | (853) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (853) |
| Marketing | 71,155 | 5,077 | 0 | 9,656 | 1,008 | 0 | 0 | 1,403 | 0 | 23,124 | 4,104 | 767 | 1,718 | 0 | 0 | 0 | 0 | 0 | 118,012 |
| Marketing - PPC | 9,350 | 38,858 | 0 | 54,573 | 3,955 | 0 | 0 | 8,598 | 0 | 37,408 | 11,226 | 9,278 | 2,018 | 0 | 0 | 0 | 0 | 0 | 175,264 |
| Contract Labor | 46,169 | 16,391 | 0 | 66,429 | 4,580 | 0 | 0 | 38,629 | 0 | 85,288 | 72,881 | 5,118 | 44,849 | 0 | 0 | 0 | 0 | 0 | 380,334 |
| Patient Expense | 0 | 17,764 | 0 | 19,053 | 8,122 | 0 | 0 | 676 | 0 | 18,916 | 11,972 | 6,386 | (1,811) | 0 | 0 | 0 | 0 | 1,431 | 82,509 |
| Postage & Shipping | (3,543) | 62 | 0 | 521 | 37 | 0 | 0 | 21 | 0 | 515 | 191 | 65 | 209 | 0 | 0 | 0 | 0 | 0 | (1,922) |
| Printing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 1,109 | 0 | 0 | 3,120 | 76 | 0 | 0 | 0 | 0 | 40 | 155 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,500 |
| Property Taxes | 1,994 | 14,061 | 0 | 9,869 | 1,444 | 0 | 0 | 11,431 | 0 | 12,027 | 4,566 | 4,102 | 6,783 | 0 | 0 | 0 | 0 | 0 | 66,277 |
| Recruiting & Relocation | 25,523 | 330 | 0 | 0 | 0 | 0 | 0 | 158 | 0 | 170 | 147 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,328 |
| Rent Office/Facility | 50,246 | 113,841 | 0 | 138,762 | 38,272 | 0 | 0 | 47,617 | 0 | 99,596 | 93,953 | 0 | 36,489 | 0 | 0 | 0 | 0 | 0 | 618,776 |
| Rent/Lease Expense | 73,231 | 7,916 | 0 | 14,157 | 7,774 | 0 | 0 | 4,286 | 0 | 13,504 | 3,765 | 11,933 | 17,734 | 550 | 0 | 0 | 0 | 720 | 155,570 |
| Repairs & Maintenance | 6,959 | 15,545 | 0 | 1,972 | 8,208 | 0 | 0 | 3,659 | 0 | 38,557 | 13,149 | 14,918 | 10,333 | 0 | 0 | 0 | 0 | 7,345 | 120,645 |
| Supplies | 5,707 | 2,644 | 0 | 18,102 | 7,410 | 0 | 0 | 2,116 | 0 | 28,380 | 4,303 | 446 | 2,243 | 0 | 0 | 0 | 0 | 0 | 71,351 |
| Telephone | 23,345 | 5,175 | 0 | 5,483 | 9,725 | 0 | 0 | 9,829 | 0 | 31,010 | 9,457 | 4,492 | 2,799 | 0 | 0 | 0 | 0 | 1,409 | 122,786 |
| Travel & Entertainment | 54,718 | 5,066 | 0 | 4,681 | 3,025 | 0 | 0 | 1,049 | 0 | 2,129 | 2,543 | 140 | 238 | 0 | 0 | 0 | 0 | 0 | 73,589 |
| Utilities | 2,500 | 9,923 | 0 | 15,114 | 7,726 | 0 | 125 | 9,183 | 0 | 6,063 | 1,929 | 4,589 | 4,707 | 0 | 0 | 0 | 0 | 355 | 62,214 |
| Other | 0 | 187 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 101 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 288 |
| Regional OH Allocation | 0 | 86,934 | 0 | (27,764) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 59,170 |
| Restructuring expenses | 1,037,099 | 0 | 0 | 0 | 6,606 | 0 | 0 | 0 | 0 | 14,357 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,058,062 |
| Total Operating Expenses | 1,516,708 | 389,588 | 201 | 454,421 | 130,814 | 0 | 743 | 167,327 | 81 | 503,653 | 272,523 | 81,771 | 148,080 | 4,159 | 583 | 0 | 0 | 13,441 | 3,684,093 |
| Total Labor & Operating Expenses | 2,943,011 | 632,289 | 201 | 996,085 | 319,653 | 0 | 743 | 317,785 | 81 | 1,414,214 | 439,557 | 191,681 | 364,907 | 4,115 | 583 | 0 | 0 | 14,489 | 7,639,394 |
| EBITDA | (2,942,653) | (358,160) | (201) | 28,374 | (164,045) | 0 | (743) | 41,579 | (81) | (394,573) | (98,346) | (51,109) | 3,683 | (4,115) | (583) | 0 | 0 | (64,489) | (4,005,462) |
| Management Fee Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Management Fee Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Marketing & Corp OH Allocation | (2,491,166) | 132,179 | 0 | 547,465 | 296,343 | 0 | 0 | 151,768 | 0 | 824,104 | 166,863 | 119,867 | 252,577 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Allocations | 2,491,166 | (132,179) | 0 | (547,465) | (296,343) | 0 | 0 | (151,768) | 0 | (824,104) | (166,863) | (119,867) | (252,577) | 0 | 0 | 0 | 0 | 0 | 0 |
| **Non-Operating Expenses:** | | | | | | | | | | | | | | | | | | | |
| Depreciation | 27,241 | 6,519 | 0 | 43,447 | 4,097 | 0 | 0 | 35,617 | 0 | 51,177 | 3,329 | 14,653 | 11,000 | 0 | 0 | 0 | 0 | 0 | 197,080 |
| Amortization | 122,415 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 122,415 |
| Interest (Income) Expense | 2,038,111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 475 | (528) | 20,331 | 0 | 0 | 0 | 0 | 0 | 0 | 2,058,389 |
| Other (Income) Expense | (3,379) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (3,379) |
| Total Non-Operating Expenses | 2,184,388 | 6,519 | 0 | 43,447 | 4,097 | 0 | 0 | 35,617 | 0 | 51,652 | 2,801 | 34,984 | 11,000 | 0 | 0 | 0 | 0 | 0 | 2,374,505 |
| EBT | (2,635,875) | (496,858) | (201) | (562,538) | (464,485) | 0 | (743) | (145,806) | (81) | (1,270,329) | (268,010) | (205,960) | (259,894) | (4,115) | (583) | 0 | 0 | (64,489) | (6,379,967) |
| Income Taxes | 23,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23,500 |
| Net Income(Loss) | (2,659,375) | (496,858) | (201) | (562,538) | (464,485) | 0 | (743) | (145,806) | (81) | (1,270,329) | (268,010) | (205,960) | (259,894) | (4,115) | (583) | 0 | 0 | (64,489) | (6,403,467) |
| Net (income) loss attributable to NCI | (30,442) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (108) | (30,550) |
| Net Income(Loss) Attributable to EBH | (2,628,933) | (496,858) | (201) | (562,538) | (464,485) | 0 | (743) | (145,806) | (81) | (1,270,329) | (268,010) | (205,960) | (259,894) | (4,115) | (583) | 0 | 0 | (64,381) | (6,372,917) |

Elements Behavioral Health, Inc.
Consolidated Balance Sheet
11/30/2018

| | Elements | Promises | SRI | Ranch | SEBHS | EMG MS | TRP | Lucida | FL IOP | TRS | Journey | Clarity Way | WSL | PB | NESL | ESS | ATS | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $2,120,544 | (579,126) | $0 | ($130,467) | ($70,492) | $0 | $0 | ($38,678) | $0 | ($98,515) | ($143,502) | ($49,675) | ($17,618) | $4,975 | $0 | $0 | ($431) | $1,497,015 |
| Accounts Receivable | 1,538 | 348,721 | 0 | 1,793,324 | 375,855 | 0 | 0 | 487,823 | 0 | 2,766,362 | 499,738 | 479,849 | 803,274 | (4,975) | 0 | 0 | 71,234 | 7,622,743 |
| Prepaid Expenses & Other Current Assets | 630,520 | 83,366 | 0 | 261,844 | 61,587 | 0 | 24,824 | 112,328 | 0 | 113,919 | 99,647 | 54,455 | 75,715 | 0 | 0 | 0 | 14,339 | 1,532,544 |
| Net Intercompany + Net Due from DSPC Co's | 56,607,322 | (20,710,583) | 777,616 | (6,503,347) | (6,156,184) | (288,455) | (19,216,215) | (11,634,230) | (368,772) | (45,749,900) | (7,642,489) | 2,175,489 | (8,244,487) | 2,656,578 | (1,676,716) | (1,032,364) | 74,229,282 | 7,222,545 |
| Total Current Assets | 59,359,924 | (20,357,622) | 777,616 | (4,578,646) | (5,789,234) | (288,455) | (19,191,391) | (11,072,757) | (368,772) | (42,968,134) | (7,186,606) | 2,660,118 | (7,383,116) | 2,656,578 | (1,676,716) | (1,032,364) | 74,314,424 | 17,874,847 |
| Property & Equipment | 5,308,662 | 1,646,854 | 0 | 5,204,824 | 373,655 | 0 | 0 | 2,633,370 | 0 | 6,096,474 | 349,584 | 2,135,988 | 830,390 | 0 | 0 | 283,800 | 3,768,732 | 28,632,333 |
| Accumulated Depreciation | (4,837,976) | (1,511,299) | 0 | (4,094,191) | (92,814) | 0 | 0 | (1,734,651) | 0 | (4,211,182) | (198,355) | (1,254,967) | (398,162) | 0 | 0 | (283,800) | (2,487,436) | (21,104,833) |
| PP&E net | 470,686 | 135,555 | 0 | 1,110,633 | 280,841 | 0 | 0 | 898,719 | 0 | 1,885,292 | 151,229 | 881,021 | 432,228 | 0 | 0 | 0 | 1,281,296 | 7,527,500 |
| Intangibles , net | 18,427,849 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,427,849 |
| Other Assets | 3,574,615 | 283,736 | 12,929 | 2,275 | 0 | 0 | 64,207 | 25,023 | 0 | 73,143 | 74,864 | 3,157 | 0 | 0 | 0 | 0 | 0 | 4,113,949 |
| Total Other Assets | 22,002,464 | 283,736 | 12,929 | 2,275 | 0 | 0 | 64,207 | 25,023 | 0 | 73,143 | 74,864 | 3,157 | 0 | 0 | 0 | 0 | 0 | 22,541,798 |
| Total Assets | 81,833,074 | (19,938,331) | 790,545 | (3,465,738) | (5,508,393) | (288,455) | (19,127,184) | (10,149,015) | (368,772) | (41,009,699) | (6,960,513) | 3,544,296 | (6,950,888) | 2,656,578 | (1,676,716) | (1,032,364) | 75,595,720 | 47,944,145 |
| **Liabilities & Equity** | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 5,688,259 | 527,325 | 0 | 599,773 | 228,222 | 0 | 53,799 | 304,571 | 0 | 1,206,021 | 284,922 | 155,243 | 343,560 | 402,904 | 321 | 0 | 607,562 | 10,402,482 |
| Accrued Expenses | 8,610,372 | 280,586 | 93,454 | 245,141 | 180,359 | 3,063 | 583,682 | 165,768 | 0 | 569,082 | 553,207 | 51,700 | 140,677 | 34,909 | 0 | 0 | 256,609 | 11,768,611 |
| Accrued Interest | 18,424,088 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,424,088 |
| Accrued Income Taxes | 367,537 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 367,537 |
| Deferred Revenue | 0 | 226,042 | 0 | 517,683 | 73,000 | 0 | 0 | 85,343 | 0 | 109,436 | 144,370 | 113,483 | 55,158 | 8,502 | 0 | 0 | 0 | 1,333,017 |
| Loans Payable ST | 5,362,191 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,807 | 0 | 154,044 | 0 | 140,606 | 0 | 0 | 630,974 | 6,338,622 |
| Loans Payable LT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,492 | 0 | 1,160,952 | 0 | 6,444,192 | 0 | 0 | 604,849 | 8,223,485 |
| Debt ST | 149,923,281 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 149,923,281 |
| Debt LT | 44,189,409 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44,189,409 |
| Other LT Liabilites | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39,632 | 0 | 0 | 0 | 0 | 0 | 39,632 |
| Deferred Tax Liability | 257,752 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 257,752 |
| Total Liabilities | 232,822,889 | 1,033,953 | 93,454 | 1,362,599 | 481,581 | 3,063 | 637,481 | 555,682 | 0 | 1,948,838 | 1,022,131 | 1,635,422 | 539,395 | 7,031,113 | 321 | 0 | 2,099,994 | 251,267,916 |
| Series A | 18,027,539 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,027,539 |
| Common Stock | 4,400 | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,400 |
| Additional Paid in Capital | 146,115,042 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 146,115,042 |
| Shareholder Capital Account | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64,124 | 64,124 |
| Retained Earnings, Beg | (281,238,654) | (17,871,310) | 721,015 | (1,419,943) | (2,729,166) | (66,710) | (19,660,941) | (8,599,456) | (367,411) | (32,978,722) | (5,736,022) | 2,598,156 | (5,691,362) | (4,026,191) | (1,669,922) | (985,842) | 74,712,479 | (305,050,002) |
| Net Income | (33,543,512) | (3,105,974) | (23,924) | (3,408,394) | (3,260,808) | (224,808) | (103,724) | (2,105,241) | (1,361) | (9,979,815) | (2,246,622) | (689,282) | (1,798,921) | (348,344) | (7,115) | (46,522) | (1,292,922) | (62,187,289) |
| Total EBH Equity | (150,635,185) | (20,972,284) | 697,091 | (4,828,337) | (5,989,974) | (291,518) | (19,764,665) | (10,704,697) | (368,772) | (42,958,537) | (7,982,644) | 1,908,874 | (7,490,283) | (4,374,535) | (1,677,037) | (1,032,364) | 73,483,681 | (202,981,186) |
| Non-Controlling Interests | (354,630) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,045 | (342,585) |
| Total Equity | (150,989,815) | (20,972,284) | 697,091 | (4,828,337) | (5,989,974) | (291,518) | (19,764,665) | (10,704,697) | (368,772) | (42,958,537) | (7,982,644) | 1,908,874 | (7,490,283) | (4,374,535) | (1,677,037) | (1,032,364) | 73,495,726 | (203,323,771) |
| Total Liabilities & Equity | 81,833,074 | (19,938,331) | 790,545 | (4,828,338) | (5,508,393) | (288,455) | (19,127,184) | (10,149,015) | (368,772) | (41,009,699) | (7,982,644) | 1,908,874 | (7,490,283) | (4,374,535) | (1,677,037) | (1,032,364) | 73,495,726 | (203,323,771) |
| Check Figure | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11212 (BLS)<br><br>(Jointly Administered)<br><br><u>**Reporting Period: 11/1/2018 – 11/30/2018**</u> |

I, Anthony Horvat, Chief Restructuring Officer of each of the Debtors named herein, hereby attest that (a) each of the Debtor's bank accounts has been reconciled to the general ledger and (b) to the best of my knowledge, information, and belief, all undisputed post-petition taxes owed as of November 30, 2018 have been paid.

Dated:  December 31, 2018

*/s/ Anthony Horvat*
Anthony Horvat
Chief Restructuring Officer

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

# Exhibit C



# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 6/13/2018 |

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| PRODUCER NAME, CONTACT PERSON AND ADDRESS  PHONE (A/C, No, Ext): 818-539-2300 | COMPANY NAME AND ADDRESS | NAIC NO: 19437 |
|---|---|---|
| Arthur J. Gallagher & Co.<br>Insurance Brokers of CA Inc, LIC #0726293<br>505 N. Brand Boulevard, Suite 600<br>Glendale CA 91203 | Lexington Insurance Company<br>100 Summer Street<br>Boston MA 02110 | |

| FAX (A/C, No): 818-539-2301 | E-MAIL ADDRESS: certrequests@ajg.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
|---|---|---|
| CODE: | SUB CODE: | POLICY TYPE |
| AGENCY CUSTOMER ID #: | | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| EBH TOPCO, LLC<br>A Delaware limited liability company<br>5000 Airport Plaza Drive Suite 100<br>Long Beach, CA 90815 | | 012116759 |

| | EFFECTIVE DATE | EXPIRATION DATE | |
|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |

| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: |
|---|---|
| | |

## PROPERTY INFORMATION (ACORD 101 may be attached if more space is required)   ☐ BUILDING   OR   ☐ BUSINESS PERSONAL PROPERTY

| LOCATION / DESCRIPTION |
|---|
| |

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**   PERILS INSURED   | BASIC |   BROAD  X  | SPECIAL |

| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: | $ 10,000,000 | | | DED: 25,000 |
|---|---|---|---|---|

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME   ☒ RENTAL VALUE | | | X | If YES, LIMIT: INCLUDED    Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $  per SOV on file |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | X | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | X | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: 100,000    DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES,    % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: 10,000,000    DED: 10,000 |
| ORDINANCE OR LAW    - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT: 10,000,000    DED: 25,000 |
| - Demolition Costs | X | | | If YES, LIMIT: 10,000,000    DED: 25,000 |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: 10,000,000    DED: 25,000 |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: 10,000,000    DED: Various |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: 10,000,000    DED: Various |
| WIND / HAIL INCL   ☐ YES ☐ NO   Subject to Different Provisions: | X | | | If YES, LIMIT: 10,000,000    DED: Various |
| NAMED STORM INCL   ☐ YES ☐ NO   Subject to Different Provisions: | | | X | If YES, LIMIT:    DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

| ☐ CONTRACT OF SALE   ☐ LENDER'S LOSS PAYABLE   X  LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|
| X MORTGAGEE | |

| NAME AND ADDRESS | |
|---|---|
| United States Trustee for the District of Delaware<br>844 King Street, Suite 2207 Lockbox 35<br>Wilmington DE 19801 | AUTHORIZED REPRESENTATIVE |

© 2003-2015 ACORD CORPORATION.  All rights reserved.

ACORD 28 (2016/03)          The ACORD name and logo are registered marks of ACORD

**AGENCY CUSTOMER ID:** _____

**LOC #:** _____

# ADDITIONAL REMARKS SCHEDULE

*ACORD*®

Page __1__ of __1__

| **AGENCY** | **NAMED INSURED** |
|---|---|
| Arthur J. Gallagher & Co. | EBH TOPCO, LLC |
| **POLICY NUMBER** | A Delaware limited liability company |
| | 5000 Airport Plaza Drive Suite 100 |
| | Long Beach, CA 90815 |
| **CARRIER**          **NAIC CODE** | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** ___28___   **FORM TITLE:** EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

REMARKS
Project Build Behavioral Health, LLC, as mortgagee  is included as a loss payee as their Interest may appear.

ACORD 101 (2008/01)                    © 2008 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

 ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 6/7/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Arthur J. Gallagher & Co. | PHONE (A/C, No. Ext): 818-539-2300 | | FAX (A/C, No): 818-539-2301 |
| Insurance Brokers of CA, Inc LIC#0726293. | E-MAIL ADDRESS: certrequests@ajg.com | | |
| 505 N. Brand Boulevard, Suite 600 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Glendale CA 91203 | | | |
| | INSURER A : Philadelphia Indemnity Insurance Company | | 18058 |
| INSURED                          ELEMBEH-01 | INSURER B : Berkshire Hathaway Homestate Insurance Company | | 20044 |
| EBH TOPCO, LLC | INSURER C : | | |
| A Delaware limited liability company | INSURER D : | | |
| 5000 Airport Plaza Drive Suite 100 | INSURER E : | | |
| Long Beach CA 90815 | INSURER F : | | |

## COVERAGES                CERTIFICATE NUMBER: 1965967193                REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | PHPK1757926 | 12/31/2017 | 12/31/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE  X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 3,000,000 |
| | X POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 3,000,000 |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | PHPK1757926 | 12/31/2017 | 12/31/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB  X OCCUR | | | PHUB613051 | 12/31/2017 | 12/31/2018 | EACH OCCURRENCE | $ 5,000,000 |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED  X RETENTION $ 10,000 | | | | | | | $ |
| B B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y / N | | | EBWC807623 EBWC807785 | 12/31/2017 12/31/2017 | 12/31/2018 12/31/2018 | X PER STATUTE  OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | Professional Liability Sexual Abuse/Molestation | | | PHPK1757926 | 12/31/2017 | 12/31/2018 | Each Incident Aggregate Limit | 1,000,000 3,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| United States Trustee for the District of Delaware 844 King Street, Suite 2207 Lockbox 35 Wilmington DE 19801 | AUTHORIZED REPRESENTATIVE *Christine Murillo* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)              The ACORD name and logo are registered marks of ACORD