# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EBH TOPCO, LLC, *et al.*,[1] | Case No. 18-11212 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 7, 2019 AT 11:00 A.M. (ET)[2]

### WITHDRAWN MATTER

1. Chase Internet Marketing, Inc.'s Motion for Allowance and Payment of an Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Docket No. 548; Filed: 10/31/2018]

   Objection Deadline:    November 14, 2018 at 4:00 p.m. (The Debtors were granted an extension to respond until November 28, 2018)

   Related Document(s):

   a) Notice of Hearing on Chase Internet Marketing, Inc.'s Motion for Allowance and Payment of an Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Docket No. 560; Filed: 11/2/2018]

   b) Notice of Withdrawal of Document [Docket No. 644; Filed: 1/2/2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

[2] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

Response(s) Received:

    a) Objection of the Debtors to Chase Internet Marketing, Inc.'s Motion for Allowance and Payment of an Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Docket No. 592; Filed: 11/28/2018]

Status: This matter has been withdrawn.

## MATTER WITH CERTIFICATE OF NO OBJECTION

2. Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 614; Filed: 12/13/2018]

   Objection Deadline: December 27, 2018 at 4:00 p.m.

   Related Document(s):

       a) Amended Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 643; Filed: 1/2/2019]

       b) Proposed Order

   Response(s) Received: None.

   Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

## MATTER GOING FORWARD

3. Motion of Debtors for an Order Authorizing Rejection of Collective Bargaining Agreement with the Communications Workers of America Local Union 6186 [Docket No. 607; Filed: 12/7/2018]

   Objection Deadline: January 3, 2019 at 12:00 p.m.

   Related Document(s): None at this time.

   Response(s) Received:

       a) CWA Local 6186's Response and Reservation of Rights Regarding Motion of Debtors for an Order Authorizing Rejection of Collective Bargaining Agreement with the Communications Workers of America Local Union 6186 [Docket No. 645; Filed: 1/3/2019]

   Status: This matter will go forward.

Dated: January 3, 2019
      Wilmington, Delaware

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Stephen J. Astringer (Del. Bar No. 6375)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
sastringer@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*

66672607.1