# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11212 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 503, 508, 535, 565, 588, 689, 704 & 745 |

## ORDER APPROVING SECOND STIPULATION AUTHORIZING AND CONSENTING TO USE OF CASH COLLATERAL PURSUANT TO A REVISED BUDGET

The above-captioned debtors and debtor in possession (the "**Debtors**") and Project Build Behavioral Health LLC ("**PBBH**" or the "**DIP Lender**") having entered into the *Second Stipulation Authorizing and Consenting to Use of Cash Collateral Pursuant to Revised Budget* (the "**Stipulation**"); and the Court having reviewed the Stipulation, and having determined that good cause has been demonstrated for approving the Stipulation; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Stipulation, attached hereto as <u>Exhibit 1</u>, is APPROVED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

2. The Court shall retain jurisdiction to resolve any dispute arising from or related to this Order.

Dated: February 4, 2019
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE