## Exhibit 1

Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11212<br><br>(Jointly Administered) |

## SECOND STIPULATION AUTHORIZING AND CONSENTING TO USE OF CASH COLLATERAL PURSUANT TO A REVISED BUDGET

The above-captioned debtors and debtor in possession (the "**Debtors**") and Project Build Behavioral Health LLC ("**PBBH**" or the "**DIP Lender**"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 27, 2018, the Court entered its *Final Supplemental Order (I) Authorizing Debtors to Amend the DIP Credit Agreement to Obtain Supplemental Financing, and (II) Amending the Final DIP Order on Account of Such Amendment* [Docket No. 588] (the "**Final Supplemental DIP Order**")[2]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

[2] Capitalized terms appearing herein that are not otherwise defined shall have the meanings ascribed to such terms in the Final Supplemental DIP Order.

67066110.2

WHEREAS, on January 22, 2019, the Court entered its *Order Approving Stipulation Authorizing and Consenting to Use of Cash Collateral Pursuant to a Revised Budget* [Docket No. 704] (the "**Original Stipulation**"); and

WHEREAS, pursuant to paragraph 6 of the Final Supplemental DIP Order, the DIP Lender is authorized to make, and the Borrowers are authorized to borrow, the Postpetition Advances available collectively to the Debtors in accordance with, and in the amounts sets forth in the Final Supplemental DIP Order, the Original Stipulation, and the DIP Loan Documents (as amended) until the earlier to occur of: (a) the Maturity Date (January 31, 2019); (b) a Termination Event; and/or (c) the closing of the sale of substantially all of the Debtors' assets; and

WHEREAS, pursuant to the Final Supplemental DIP Order, as amended by the Original Stipulation, and the DIP Loan Documents, a amended from time to time, a Termination Event occurs to the extent that, among other things, the Obligations of the Borrowers and Guarantors under the DIP Loan Documents, as amended, are not paid in full on or before January 31, 2019, the Maturity Date of the DIP Credit Agreement, as amended; and

WHEREAS, at the request of the Debtors, the DIP Lender and the Prepetition First Lien Lender consent to the Debtors' continued use of the Prepetition First Lien Lender's, the Prepetition Second Lien Lender's, and the DIP Lender's Cash Collateral (as specifically set forth herein) subsequent to the Maturity Date of the DIP Credit Agreement, as amended (January 31, 2019) through and including February 8, 2019; and

WHEREAS, pursuant to paragraph 8(b) of the Final DIP Order, the requested extensions set forth herein constitute a non-material amendment to the DIP Loan Documents, as amended.

NOW, THEREFORE, the parties hereto, by and through their respective counsel, hereby agree as follows:

1. The Debtors are authorized to borrow money pursuant to the terms of the DIP Loan Documents, the Approved Budget attached to this Stipulation and Agreed Order as Exhibit 1, the Final DIP Order, the Final Supplemental DIP Order, and the Original Stipulation, as specifically amended herein, through and including February 8, 2019.

2. Notwithstanding anything in the DIP Loan and/or the DIP Loan Documents, as amended, to the contrary, the Debtors are only authorized and permitted to borrow, and the DIP Lender is only obligated to lend, pursuant to and in accordance with those line item expenses contained in the Approved Budget attached to this Second Stipulation and Agreed Order as Exhibit A through and including February 8, 2019, which shall be the new Maturity Date of the DIP Credit Agreement, as amended.

3. The Debtors are authorized to use the Prepetition First Lien Lender's, the Prepetition Second Lien Lender's, and the DIP Lender's Cash Collateral (as specifically set forth herein) pursuant to and in accordance with those line item expenses contained in the Approved Budget attached to this Second Stipulation and Agreed Order as Exhibit A through February 8, 2019.

4. The Prepetition First Lien Lender, the Prepetition Second Lien Lender, and the DIP Lender are granted the same adequate protections set forth in the Final DIP Order and the Final Supplemental DIP Order for the use of such Cash Collateral.

5. Nothing contained herein shall act to amend any of the other terms of the Final DIP Order, the Final Supplemental DIP Order, and/or the Original Stipulation, which, except as expressly modified herein, remain in full force and effect in accordance with their terms.

6. This Second Stipulation and Agreed Order is incorporated by reference into, and made part of, the DIP Credit Agreement, as amended, which, except as expressly modified herein, remains in full force and effect in accordance with its terms.

7. This Second Stipulation and Agreed Order may be executed in multiple counterparts. The parties agree that their respective signatures will be effective and a counterpart containing an electronic copy of the signature page shall have the same force and effect as an original.

Dated: February 1, 2019

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **POLSINELLI PC** |
| /s/ Derek C. Abbott | /s/ Christopher A. Ward |
| Dereck C. Abbott (No. 3376) | Christopher A. Ward (Del. Bar No. 3877) |
| 1201 North Market Street, 16th Floor | Shanti M. Katona (Del. Bar No. 5352) |
| P.O. Box 1347 | Stephen J. Astringer (Del. Bar No. 6375) |
| Wilmington, DE 19899-1347 | 222 Delaware Avenue, Suite 1101 |
| Telephone: (302) 658-9200 | Wilmington, Delaware 19801 |
| dabbott@mnat.com | Telephone: (302) 252-0920 |
| | cward@polsinelli.com |
| -and- | skatona@polsinelli.com |
| | sastringer@polsinelli.com |
| **MCDONALD HOPKINS LLC** | |
| David A. Agay (Admitted *Pro Hac Vice*) | -and- |
| 300 N. LaSalle Street, Suite 1400 | |
| Chicago, IL 60654 | Jeremy R. Johnson (Admitted *Pro Hac Vice*) |
| Telephone: (312) 642-2217 | 600 3rd Avenue, 42nd Floor |
| dagay@mcdonaldhopkins.com | New York, New York 10016 |
| | Telephone: (212) 684-0199 |
| -and- | jeremy.johnson@polsinelli.com |
| Scott N. Opincar (Admitted *Pro Hac Vice*) | *Counsel to the Debtors and Debtors in Possession* |
| Michael J. Kaczka (Admitted *Pro Hac Vice*) | |
| 600 Superior Avenue, East, Suite 2100 | |
| Cleveland, OH 44114 | |
| Telephone: (216) 348-5400 | |
| sopincar@mcdonaldhopkins.com | |
| mkaczka@mcdonaldhopkins.com | |
| | |
| *Counsel to Project Build Behavioral Health LLC* | |

## Exhibit A

Approved Budget

67066110.2

CONFIDENTIAL

Published 2/1/2019

# Elements Behavioral Health
## 13-Week Liquidity Forecast
*Actual Results through the Week Ending 1/25/2019*
*Forecasted Results through the Week Ending 2/8/2019*

This document (the "Document") has been prepared solely for informational purposes from information supplied by Elements Behavioral Health and its affiliates ("Elements", or the "Company"). By accepting this Document, the recipient acknowledges and agrees to the following.

The information contained herein has been prepared to assist interested parties in making their own evaluation of the Company and does not purport to be all inclusive or to contain all of the information that a prospective investor may desire. In all cases, interested parties should conduct their own investigation and analysis of the Company and the data set forth in this Document. The Company has not assumed any responsibility for independent verification of any of the information contained herein, including the projections and the assumptions on which the projections are based. The Company and their respective affiliates, subsidiaries or any of their respective stockholders, directors, officers, employees or other representatives (collectively, "Representatives") makes no representation or warranty (expressed or implied) as to the accuracy or completeness of the information contained in this Document and such parties or entities expressly disclaim any and all liability based on or relating to any representations or warranties (expressed or implied) contained in, or errors or omissions from, this Document or based on or relating to the recipient's use or the use by any of its affiliates or representatives of this Document or any other written or oral communications transmitted to the recipient or any of its affiliates or representatives in the course of its evaluation of the Company.

This Document includes certain statements, estimates and projections provided by the Company with respect to the anticipated future performance of the Company. Such statements, estimates and projections reflect various significant assumptions and subjective judgments made by the Company concerning anticipated results, which may or may not prove to be correct. No representations or warranties are made as to the accuracy or completeness of such statements, estimates or projections as such statements, estimates and projections were prepared for internal planning purposes only and not with a view to public disclosure and therefore are not necessarily in compliance with, among other things, published guidelines of the SEC or the guidelines established by the American Institute of Certified Public Accountants regarding projections or forecasts. You are cautioned not to place undue reliance on these forecasts and you should understand that many important factors, in addition to those discussed or referenced in this Document, could cause the Company's results to differ materially from those expressed in forward-looking statements. For these reasons, you should not regard the inclusion of forecasts in this Document as an indication that the Company or any of its affiliates, subsidiaries or Representatives considers that such forecasts are or will prove to be correct, and the forecasts should not be relied on as such. The recipient acknowledges and agrees that all of the information contained herein is confidential and subject to the confidentiality agreement previously executed by the recipient, and in absence of such agreement, the recipient agrees by acceptance of this Document to keep the information confidential.

Subject to Material Change

Page 1

**Elements Behavioral Health**
*Cash Flow Forecast*

| | ($ in millions) | Actual WK0 01/25/19 | Fcst WK1 02/01/19 | Fcst WK2 02/08/19 | TOTAL 02/01 to 02/08 2 WK FCST |
|---|---|---|---|---|---|
| | **OPERATING RECEIPTS** | | | | |
| 1 | TN CBO | 0.7 | $ 0.7 | $ 0.6 | $ 1.3 |
| 2 | TX CBO | 0.3 | 0.3 | 0.4 | 0.7 |
| 3 | ATS | 0.0 | - | - | - |
| 4 | **Operating Receipts** | 1.0 | 1.0 | 1.0 | 2.0 |
| | **OPERATING DISBURSEMENTS** | | | | |
| 5 | Employee Leaseback and PBBH Services Costs | (0.1) | (1.5) | (0.1) | (1.7) |
| 6 | Program Costs | (0.2) | (0.7) | (0.9) | (1.6) |
| 7 | Rent | - | - | (0.5) | (0.5) |
| 8 | Corporate Credit Cards | (0.1) | - | (0.1) | (0.1) |
| 9 | Digital Marketing | - | (0.2) | - | (0.2) |
| 10 | Taxes | (0.0) | (0.3) | - | (0.3) |
| 11 | **Operating Disbursements** | (0.4) | (2.7) | (1.6) | (4.3) |
| 12 | **Net Operating Cash Flow** | 0.6 | (1.7) | (0.6) | (2.3) |
| | **NON-OPERATING DISBURSEMENTS** | | | | |
| 13 | Professional Fees | - | (0.4) | (0.0) | (0.4) |
| 14 | Other Non-Operating | - | - | - | - |
| 15 | **Non-Operating Disbursements** | - | (0.4) | (0.1) | (0.5) |
| 16 | **Net Non-Operating Cash Flow** | 0.6 | (2.1) | (0.7) | (2.8) |
| 17 | DIP Financing Draw | - | - | - | - |
| 18 | **Total Net Cash Flow** | 0.6 | $ (2.1) | $ (0.7) | $ (2.8) |
| | **LIQUIDITY** | | | | |
| 19 | Beginning Cash | 5.1 | $ 5.6 | $ 3.6 | $ 5.6 |
| 20 | Total Net Cash Flow | 0.6 | (2.1) | (0.7) | (2.8) |
| 21 | **Ending Cash** | 5.6 | 3.6 | 2.9 | 2.9 |
| | *Memo:* | | | | |
| 23 | Funding Provided After 10/12 | 10.6 | 10.6 | 10.6 | 20.0 |
| 24 | Weekly Census | 264 | 264 | 258 | 260 |
| 25 | Cumulative DIP (post 10/12) | 10.6 | 10.6 | 10.6 | |

Published 2/1/2019

Subject to Material Change