**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EBH TOPCO, LLC, *et al.*,[1] | Case No. 18-11212 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON FEBRUARY 12, 2019 AT 11:00 A.M. (ET)[2]**

**MATTER GOING FORWARD**

1. Confirmation of Combined Disclosure Statement and Chapter 11 Plan of Liquidation of EBH Topco, LLC, *et al*. [Docket No. 589; Filed: 11/27/2018]

   Objection Deadline:  Extended through January 18, 2019 for various parties.

   Related Document(s):

   a) Order (I) Approving the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 593; Entered: 11/28/2018]

   b) Affidavit of Publication of Notice of Order (I) Approving the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

[2] Any party wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878.

67202775.1

    Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 606; Filed: 12/7/2018]

 c) Notice of Filing Plan Supplement [Docket No. 675; Filed: 1/10/2019]

 d) Declaration of Anthony Horvat, Chief Restructuring Officer of EBH Topco, LLC in Support of Confirmation of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of EBH Topco, LLC, *et al.* [Docket No. 693; Filed: 1/18/2019]

 e) Declaration of Jung W. Song on Behalf of Donlin, Recano & Company, Inc. Regarding Voting and Tabulation of Ballots Accepting and Rejecting Combined Disclosure Statement and Chapter 11 Plan of Liquidation of EBH Topco, LLC, *et al.* [Docket No. 695; Filed: 1/18/2019]

 f) Debtors' Memorandum of Law in Support of Entry of an Order Confirming the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of EBH Topco, LLC, *et al.* [Docket No. 696; Filed: 1/18/2019]

 g) Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of EBH Topco, LLC, *et al.* [Docket No. 699; Filed: 1/18/2019]

Response(s) Received:

 a) Burnet Central Appraisal District, Denton County, Texas, Hays County, Texas and Williamson County, Texas' Objection to Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 648; Filed: 1/3/2019]

 b) Limited Objection and Reservation of Rights of James Foster to Confirmation of the Debtors' Plan of Liquidation [Docket No. 673; Filed: 1/10/2019]

 c) Limited Objection of CWA Local 6186 to Confirmation of Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 681; Filed: 1/14/2019]

 d) Release Opt-Out and Limited Objection of Daniels Holdings Mississippi, LLC and Affiliated Landlord Entities to Combined Disclosure Statement and Chapter 11 Plan of EBH Topco, LLC, *et al.* [Docket No. 682; Filed: 1/14/2019]

67202775.1

    e)    Limited Objection and Reservation of Rights by Chase Internet Marketing, Inc. with Respect to Combined Disclosure Statement and Chapter 11 Plan of Liquidation of EBH Topco, LLC, *et al*. [Docket No. 683; Filed: 1/14/2019]

    f)    Supplement to Limited Objection of CWA Local 6186 to Confirmation of Combined Disclosure Statement and Chapter 11 Plan of Liquidation and Reservation of Rights [Docket No. 684; Filed: 1/14/2019]

    g)    The United States Trustee's Objection to Confirmation of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of EBH Topco, LLC, *et al*. [Docket No. 687; Filed: 1/16/2019]

    h)    Objection by the United States to the Debtors' Chapter 11 Plan of Liquidation [Docket No. 697; Filed: 1/18/2019]

<u>Status</u>:    This matter will go forward.

Dated: February 8, 2019
Wilmington, Delaware

**POLSINELLI PC**

 /s/ *Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Stephen J. Astringer (Del. Bar No. 6375)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
sastringer@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*