**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EBH TOPCO, LLC, *et al.*,[1] | Case No. 18-11212 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 28, 2019 AT 11:00 A.M. (ET)[2]

### RESOLVED MATTERS

1.    Objection of the Debtors to Claim Filed by the Internal Revenue Service [Docket No. 708; Filed: 1/23/2019]

      Objection Deadline:      February 7, 2019 at 4:00 p.m.

      Related Document(s):      None.

      Response(s) Received:

          a)      Internal Revenue Service's Notice of Satisfaction of Claim [Docket No. 764; Filed: 2/11/2019]

      Status:      This matter is moot.

2.    Motion of Wells Fargo Vendor Financial Services, LLC to Compel Assumption of Unexpired Lease [Docket No. 616; Filed: 12/14/2018]

      Objection Deadline:      February 14, 2019 at 4:00 p.m.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

[2]  Any party wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878.

Related Document(s):

    a)    Notice of Supplement to Motion to Compel Assumption of Unexpired Lease [Docket No. 631; Filed: 12/21/2018]

    b)    Re-Notice of Motion to Compel Assumption of Unexpired Lease [Docket No. 639; Filed: 12/28/2018]

    c)    Re-Notice of Motion to Compel Assumption of Unexpired Lease [Docket No. 705; Filed: 1/22/2019]

    d)    Notice of Assumption of Unexpired Leases with Wells Fargo Vendor Financial Services, LLC and Assignment to Purchaser [Docket No. 774; Filed: 2/18/2019]

Response(s) Received:    None.

Status:    This matter is moot.

3.    Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets, and (II) Authorizing the Debtors to Pay Commissions to Third Parties in Connection with Any De Minimis Asset Sales [Docket No. 749; Filed: 2/5/2019]

Objection Deadline:    February 19, 2019 at 4:00 p.m.

Related Document(s):

    a)    Certification of Counsel Regarding Order Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets, and Authorizing the Debtors to Pay Commissions to Third Parties in Connection with Any De Minimis Asset Sales [Docket No. 782; Filed: 2/21/2019]

    b)    Order Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets, and Authorizing the Debtors to Pay Commissions to Third Parties in Connection with Any De Minimis Asset Sales [Docket No. 785; Entered: 2/22/2019]

Response(s) Received:    Informal comments from the Official Committee of Unsecured Creditors and the Office of the United States Trustee

Status:    An order has been entered.  No hearing is necessary.

## MATTERS GOING FORWARD

4.      Chase Internet Marketing, Inc.'s Motion for Allowance and Payment of an Administrative Expense Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Docket No. 722; Filed: 1/28/2019]

Objection Deadline:              February 11, 2019 at 4:00 p.m.

Related Document(s):

      a)      Notice of Hearing on Chase Internet Marketing, Inc.'s Motion for Allowance and Payment of an Administrative Expense Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Docket No. 788; Filed: 2/25/2019]

      b)      Reply to Objection by Debtors to Chase Internet Marketing, Inc.'s Motion for Allowance and Payment of an Administrative Expense Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Docket No. 789; Filed: 2/25/2019]

Response(s) Received:

      a)      Objection of the Debtors to Chase Internet Marketing, Inc.'s Motion for Allowance and Payment of an Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Docket No. 592; Filed: 11/28/2018]

      b)      Objection of the Debtors to Chase Internet Marketing, Inc.'s Motion for Allowance and Payment of an Administrative Expense Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Docket No. 758; Filed: 2/11/2019]

Status:          This matter will go forward.

5.      Third Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Amend the DIP Credit Agreement to Obtain Supplemental Financing, and (II) Amending the Final DIP Orders on Account of Such Amendment [Docket No. 754; Filed: 2/7/2019]

Objection Deadline:              February 21, 2019 at 4:00 p.m.

Related Document(s):

      a)      Notice of Filing of Exhibit [Docket No. 755; Filed: 2/7/2019]

Response(s) Received:          None.

Status:          This matter will go forward.

**FEE APPLICATIONS**

6.      Professionals' Second Interim Fee Application (see attached <u>Exhibit A</u>)

   <u>Objection Deadline</u>:            February 20, 2019 at 4:00 p.m.

   <u>Related Document(s)</u>:

   a)      Certification of Counsel Regarding Omnibus Order Approving Professionals' Second Interim Fee Applications [Docket No. 784; Filed: 2/22/2019]

   b)      Omnibus Order Approving Professionals' Second Interim Fee Applications [Docket No. 786; Entered: 2/22/2019]

   <u>Response(s) Received</u>:            None.

   <u>Status</u>:            An omnibus order has been entered.  No hearing is necessary.

Dated: February 26, 2019
       Wilmington, Delaware            **POLSINELLI PC**

                                       <u>*/s/ Shanti M. Katona*</u>
                                       Christopher A. Ward (Del. Bar No. 3877)
                                       Shanti M. Katona (Del. Bar No. 5352)
                                       222 Delaware Avenue, Suite 1101
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 252-0920
                                       Facsimile: (302) 252-0921
                                       cward@polsinelli.com
                                       skatona@polsinelli.com

                                       *Counsel to the Debtors and Debtors in Possession*

**EXHIBIT A**

## SECOND INTERIM FEE APPLICATIONS

**POLSINELLI PC**

1)    Second Interim Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2018 through December 31, 2018 [Docket No. 726; Filed: 1/30/2019]

   a)    Fourth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2018 through September 30, 2018 [Docket No. 545; Filed: 10/30/2018]

   b)    *No Order Required* Certificate of No Objection Regarding Fourth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2018 through September 30, 2018 [Docket No. 582; Filed: 11/21/2018]

   c)    Fifth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2018 through October 31, 2018 [Docket No. 610; Filed: 12/11/2018]

   d)    *No Order Required* Certificate of No Objection Regarding Fifth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2018 through October 31, 2018 [Docket No. 654; Filed: 1/4/2019]

   e)    Sixth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2018 through November 30, 2018 [Docket No. 659; Filed: 1/4/2019]

   f)    *No Order Required* Certificate of No Objection Regarding Sixth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2018 through November 30, 2018 [Docket No. 723; Filed: 1/28/2019]

g)   Seventh Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2018 through December 31, 2018 [Docket No. 725; Filed: 1/29/2019]

h)   *No Order Required* Certificate of No Objection Regarding Seventh Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2018 through December 31, 2018 [Docket No. 781; Filed: 2/21/2019]

**DAVID N. CRAPO**

2)   Second Interim Application of David N. Crapo as Patient Care Ombudsman for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2018 through December 31, 2018 [Docket No. 731; Filed: 1/30/2019]

a)   Fourth Monthly Application of David N. Crapo as Patient Care Ombudsman for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2018 through September 30, 2018 [Docket No. 553; Filed: 11/1/2018]

b)   Notice of Fourth Monthly Fee Applications [Docket No. 555; Filed: 11/1/2018]

c)   Certificate of No Objection Regarding the Fourth Monthly Application of David N. Crapo as Patient Care Ombudsman for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2018 through September 30, 2018 [Docket No. 583; Filed: 11/26/2018]

d)   Fifth Monthly Application of David N. Crapo as Patient Care Ombudsman for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2018 through October 31, 2018 [Docket No. 594; Filed: 11/29/2018]

e)   Notice of Monthly Fee Applications [Docket No. 596; Filed: 11/29/2018]

f)   Certificate of No Objection Regarding the Fifth Monthly Application of David N. Crapo as Patient Care Ombudsman for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2018 through October 31, 2018 [Docket No. 628; Filed: 12/20/2018]

g)      Sixth Monthly Application of David N. Crapo as Patient Care Ombudsman for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2018 through December 31, 2018 [Docket No. 717; Filed: 1/25/2019]

h)      Notice of Monthly Fee Applications [Docket No. 719; Filed: 1/25/2019]

i)      Notice of Second Interim Fee Applications [Docket No. 735; Filed: 1/30/2019]

j)      Certificate of No Objection Regarding the Sixth Monthly Application of David N. Crapo as Patient Care Ombudsman for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2018 through December 31, 2018 [Docket No. 778; Filed: 2/20/2019]

**BAYARD, P.A.**

3)      Sixth Monthly and Second Interim Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2018 through December 31, 2018 [Docket No. 732; Filed: 1/30/2019]

a)      Fourth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period September 1, 2018 through September 30, 2018 [Docket No. 568; Filed: 11/7/2018]

b)      Certificate of No Objection Regarding Fourth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period September 1, 2018 through September 30, 2018 [Docket No. 598; Filed: 11/30/2018]

c)      Fifth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2018 through November 30, 2018 [Docket No. 672; Filed: 1/10/2019]

d)      Certificate of No Objection Regarding Fifth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2018 through November 30, 2018 [Docket No. 759; Filed: 2/21/2019]

**GIBBONS P.C.**

4)      Second Interim Application of Gibbons P.C., Attorneys for David N. Crapo, Patient Care Ombudsman for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2018 through December 31, 2018 [Docket No. 733; Filed: 1/30/2019]

   a)      Third Monthly Application of Gibbons P.C., Attorneys for David N. Crapo, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2018 through September 30, 2018 [Docket No. 554; Filed: 11/1/2018]

   b)      Notice of Monthly Fee Applications [Docket No. 555; Filed: 11/1/2018]

   c)      Certificate of No Objection Regarding the Third Monthly Application of Gibbons P.C., Attorneys for David N. Crapo, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2018 through September 30, 2018 [Docket No. 584; Filed: 11/26/2018]

   d)      Fourth Monthly Application of Gibbons P.C., Attorneys for David N. Crapo, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2018 through October 31, 2018 [Docket No. 595; Filed: 11/29/2018]

   e)      Notice of Monthly Fee Applications [Docket No. 596; Filed: 11/29/2018]

   f)      Certificate of No Objection Regarding the Fourth Monthly Application of Gibbons P.C., Attorneys for David N. Crapo, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2018 through October 31, 2018 [Docket No. 627; Filed: 11/20/2018]

   g)      Fifth Monthly Application of Gibbons P.C., Attorneys for David N. Crapo, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2018 through December 31, 2018 [Docket No. 718; Filed: 1/25/2019]

   h)      Notice of Monthly Fee Applications [Docket No. 719; Filed: 1/25/2019]

   i)      Notice of Second Interim Fee Applications [Docket No. 735; Filed: 1/30/2019]

j)    Certificate of No Objection Regarding the Fifth Monthly Application of Gibbons P.C., Attorneys for David N. Crapo, Patient Care Ombudsman for the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2018 through December 31, 2018 [Docket No. 779; Filed: 2/20/2019]

**ARENT FOX LLP**

5)    Second Interim Fee Application of Arent Fox LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for the Period from September 1, 2018 through December 31, 2018 [Docket No. 738; Filed: 1/30/2019]

a)    Fourth Monthly Application of Arent Fox LLP, Co- Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from September 1, 2018 through September 30, 2018 [Docket No. 532; Filed: 10/22/2018]

b)    Certificate of No Objection Regarding Fourth Monthly Application of Arent Fox LLP, Co- Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from September 1, 2018 through September 30, 2018 [Docket No. 575; Filed: 11/14/2018]

c)    Fifth Monthly Application of Arent Fox LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from October 1, 2018 through October 31, 2018 [Docket No. 602; Filed: 12/3/2018]

d)    Certificate of No Objection Regarding Fifth Monthly Application of Arent Fox LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from October 1, 2018 through October 31, 2018 [Docket No. 635; Filed: 12/26/2018]

e)    Sixth Monthly Application of Arent Fox LLP, Co- Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from November 1, 2018 through November 30, 2018 [Docket No. 653; Filed: 1/4/2019]

f)      Certificate of No Objection Regarding Sixth Monthly Application of Arent Fox LLP, Co- Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from November 1, 2018 through November 30, 2018 [Docket No. 724; Filed: 1/28/2019]

g)      Seventh Monthly Application of Arent Fox LLP, Co- Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 1, 2018 through December 31, 2018 [Docket No. 737; Filed: 1/30/2019]