**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EBH TOPCO, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11212 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 765** |

**NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF THE
COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF
LIQUIDATION OF EBH TOPCO, LLC, *ET AL.* AND (II) DEADLINE
TO FILE PROFESSIONAL FEE CLAIMS, ADMINISTRATIVE
EXPENSE CLAIMS, AND REJECTION CLAIMS**

**PLEASE TAKE NOTICE** that the order (the "**Confirmation Order**") of the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of EBH Topco, et al*. [Docket No. 589] (including all exhibits thereto and as the same may be amended, modified, or supplemented from time to time, the "**Combined Plan and Disclosure Statement**")[2] was entered on February 13, 2019 [Docket No. 765, as amended by Docket No. 792].

**PLEASE TAKE FURTHER NOTICE** that, all conditions precedent to effectiveness pursuant to Article X of the Combined Plan and Disclosure Statement have been satisfied or waived. Therefore, today, March 1, 2019, is the Effective Date of the Combined Plan and Disclosure Statement.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are EBH Topco, LLC (6103), Elements Behavioral Health, Inc. (7176), EBH Holding Company, Inc. (0370), EBH Big Rock, Inc. (1880), SoCal Rehab and Recovery, Inc. (3741), The Sexual Recovery Institute, Inc. (1279), Westside Sober Living Centers, Inc. (5717), Ehrman Subsidiary Corp. (3958), PROMAL2, Inc. (1377), PROMAL4, Inc. (2453), SBAR2, Inc. (9844), Promises Residential Treatment Center VI, Inc. (1112), Assurance Toxicology Services, LLC (9612), Elements Screening Services, Inc. (0055), TRS Behavioral Care, Inc. (6343), Spirit Lodge, LLC (1375), San Cristobal Treatment Center, LLC (1419), EBH Acquisition Subsidiary, Inc. (6132), EBH Services of Florida, Inc. (6802), Outpatient Services FL, Inc. (9596), EBH Northeast Services, Inc. (3551), Intensive Outpatient Services PA, Inc. (5581), Wrightsville Services, LLC (9535), NE Sober Living, Inc. (1955), Northeast Behavioral Services, Inc. (8881), The Ranch on Piney River, Inc. (0195), Outpatient Services TN, Inc. (5584), EBH Southwest Services, Inc. (5202), Elements Medical Group of Utah, Inc. (9820), Southeast Behavioral Health Services, Inc. (1267), Elements Medical Group of Mississippi, Inc. (4545), and Elements Medical Group of Arizona, Inc. (8468). The Debtors' mailing address is 5000 Airport Plaza Dr., Suite 100, Long Beach, California 90815.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Fee Claims (the "**Final Fee Applications**") must be filed no later than April 1, 2019 (*i.e.*, thirty (30) days after the Effective Date). The procedures for processing Final Fee Applications are set forth in the Combined Plan and Disclosure Statement. If a Professional does not timely submit a Final Fee Application, such Professional shall be forever barred from seeking payment of such Professional Fee Claim from the Debtors or their estates.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Administrative Expense Claims (other than Professional Fee Claims) against the Debtors that arose, accrued or otherwise became due and payable at any time on or after May 23, 2018 but on or before the Effective Date (the "**Supplemental Administrative Claims Period**") must be filed with the Bankruptcy Court and served on the Debtors (through undersigned counsel below) no later than April 1, 2019 (*i.e.*, thirty (30) days after the Effective Date) (the "**Supplemental Administrative Claims Bar Date**"). Holders of Administrative Expense Claims that arose, accrued or otherwise became due during the Supplemental Administrative Claims Period that do not file requests for the allowance and payment thereof on or before the Supplemental Administrative Claims Bar Date shall forever be barred from asserting such Administrative Expense Claims against the Debtors. Unless the Debtors or any other party in interest objects to an Administrative Expense Claim by the applicable claims objection deadline, such Administrative Expense Claim shall be deemed Allowed in the amount requested. In the event that the Debtors or any other party in interest objects to an Administrative Expense Claim, and the Administrative Expense Claim is not otherwise resolved, the Bankruptcy Court shall determine the Allowed amount of such Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE** that as set forth in Article IX of the Combined Plan and Disclosure Statement, all Executory Contracts and Unexpired Leases which have not been expressly assumed, assumed and assigned, or rejected prior to the entry of the Confirmation Order, are rejected as of the Effective Date. If the rejection by the Debtors, pursuant to the Combined Plan and Disclosure Statement, of an Executory Contract or Unexpired Leases gives rise to a Rejection Claim, a Proof of Claim must be filed with Donlin Recano & Company, Inc., the Debtors' claims agent, as follows: (a) by mail, Donlin, Recano & Company, Inc., Re: EBH Topco, LLC, et al., P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219; (b) by courier, hand delivery, or overnight delivery, Donlin, Recano & Company, Inc., Re: EBH Topco, LLC, et al., 6201 15th Avenue, Brooklyn, NY 11219; or (c) electronically using the interface available on the website maintained by the Claims Agent in these cases at https://www.donlinrecano.com/ebh, by no later than April 1, 2019 (*i.e.*, thirty (30) days after the Effective Date). Please note that the Claims Agent is not permitted to give legal advice. Any Proofs of claim not filed and served within such time periods will be forever barred from assertion against the Debtors and their estates.

**PLEASE TAKE FURTHER NOTICE** that copies of the Combined Plan and Disclosure Statement can be obtained from Donlin, Recano & Company, Inc. by: (a) download at no charge through the Case Website (https://www.donlinrecano.com/ebh); (b) writing to Donlin, Recano & Company, Inc. at ebhinfo@donlinrecano.com; (c) by calling at (866) 416-0554; or (d) mail at Donlin, Recano & Company, Inc., Re: EBH Topco, LLC, et al., P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219.

| | |
|---|---|
| Dated: March 1, 2019<br>      Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>Stephen J. Astringer (Del. Bar No. 6375)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br>sastringer@polsinelli.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

67575964.4